**E-FILED**
Wednesday, 31 May, 2006  04:33:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, ROBERT DELOACH ) <br> JONATHAN RICHARD, SANDRA CREWS ) <br> JASON SMITH, KIM LINNEMAN, ) <br> CONNIE HEDGES, ELIZABETH BAVERY, ) <br> CHARLES ROWSEY, KATIE BABOCK, ) <br> ANDREW WREN, CHARLES FURMAN, ) <br> YVONNE HAMMOND, TRACY CASSIDAY, ) <br> CHRISTOPHER CASSIDAY, KELLY MIZE, ) <br> KATHY HILLIER, CONCHETTA BUTLER, ) <br> DANIELLE FLORENCE, STACEY BURGESS, ) <br> KEVIN WINKING and MELISSA MILLER ) <br> on behalf of themselves and all other similarly ) <br> situated individuals, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FARMLAND FOODS, INC., ) <br> ) <br> Defendant. ) | Docket No. 4: 06-CV-4023 <br><br> Hon. Michael M. Mihm |

**MOTION OF J.P. MORGAN TRUST COMPANY, NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE OF THE FI LIQUIDATING TRUST, AND REORGANIZED FLI, INC. TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL <u>RULES OF CIVIL PROCEDURE 12(b)(1) AND (6)</u>**

J.P. Morgan Trust Company, National Association, in its capacity as trustee of the FI Liquidating Trust (the "Liquidating Trustee"), and Reorganized FLI, Inc. ("Reorganized FLI"),[1] pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), move this Court to dismiss

---

[1] Plaintiffs improperly named as a defendant Farmland Foods, Inc. ("Defendant" or "Debtor"), which was merged into Farmland Industries, Inc. as part of the Second Amended Joint Plan of Reorganization (the "Plan") under Chapter 11 of the United States Bankruptcy Code (the "Code") in the case entitled, *In re Farmland Industries, Inc., et al.* No. 02-50557-JWW (the "Chapter 11 Case") pending in the United States Bankruptcy Court for the Western District of Missouri (the "Bankruptcy Court"). Under the Plan, the Liquidating Trustee is vested

each count of the Supplemented Class Action Complaint (the "Complaint") of Plaintiffs Gregory Churchill, et al. (the "Plaintiffs") against the Defendant. In support of their Motion, the Liquidating Trustee and Reorganized FLI incorporate their Memorandum in Support of the Motion to Dismiss Plaintiffs' Complaint.

                                        Respectfully submitted,

                                        /s/ Michael J. Small

Dated: May 31, 2006

                                        Michael J. Small (Ill. Bar No. 6225069)
(admission pending)
David B. Goroff (Ill. Bar No. 6190039)
(admission pending)
Derek L. Wright (Ill. Bar No. 6272297)
(admission pending)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500 Telephone
(312) 832-4700 Facsimile

Attorneys for Plaintiff, J.P. Morgan Trust Company, National Association, in its capacity as Liquidating Trustee of the FI Liquidating Trust and Reorganized FLI, Inc.

---

with the right to pursue any motions arising in connection with the Chapter 11 Case on behalf of the Debtors, certain affiliated debtors, and their estates. As the Liquidating Trustee and Reorganized FLI detail in their supporting Memorandum, Plaintiffs' failure to name a proper party-defendant is one reason why their Complaint must be dismissed. However, even assuming that Plaintiffs had avoided or could cure this defect, the Complaint is otherwise fatally flawed and must be dismissed.