E-FILED
Thursday, 01 June, 2006  11:15:36 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, ROBERT DELOACH ) <br> JONATHAN RICHARD, SANDRA CREWS    ) <br> JASON SMITH, KIM LINNEMAN,    ) <br> CONNIE HEDGES, ELIZABETH BAVERY,    ) <br> CHARLES ROWSEY, KATIE BABOCK,    ) <br> ANDREW WREN, CHARLES FURMAN,    ) <br> YVONNE HAMMOND, TRACY CASSIDAY,    ) <br> CHRISTOPHER CASSIDAY, KELLY MIZE,    ) <br> KATHY HILLIER, CONCHETTA BUTLER,    ) <br> DANIELLE FLORENCE, STACEY BURGESS,    ) <br> KEVIN WINKING and MELISSA MILLER    ) <br> on behalf of themselves and all other similarly    ) <br> situated individuals,    ) <br> ) <br> Plaintiffs,    ) <br> ) <br> v.    ) <br> ) <br> FARMLAND FOODS, INC.,    ) <br> ) <br> Defendant.    ) | Docket No. 4: 06-CV-4023 <br><br> Hon. Michael M. Mihm |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 31, 2006, true and accurate copies of the following documents:

1. Motion of J.P. Morgan Trust Company, National Association, in its Capacity as Trustee of the FI Liquidating Trust, and Reorganized FLI, Inc. to Dismiss Plaintiffs' Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6);

2. Memorandum in Support of Motion of J.P. Morgan Trust Company, National Association, in its Capacity as Trustee of the FI Liquidating Trust, and Reorganized FLI, Inc. to Dismiss Plaintiffs' Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6),

were served via overnight delivery, deposited at the offices of Foley & Lardner LLP, 321 North Clark Street, Suite 2800, Chicago, Illinois 60610, on the following party(s):

CHIC_1341267.1

| | |
|---|---|
| Jairus M. Gilden<br>2711 Eastwood Avenue<br>Evanston, IL 60201 | Brian P. McCafferty<br>1617 JFK Boulevard, Suite 640<br>Philadelphia, PA 19103 |

Respectfully submitted,

/s/ Derek L. Wright

Dated: June 1, 2006

Michael J. Small (Ill. Bar No. 6225069)
(admission pending)
David B. Goroff (Ill. Bar No. 6190039)
(admission pending)
Derek L. Wright (Ill. Bar No. 6272297)
(admission pending)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500 Telephone
(312) 832-4700 Facsimile

Attorneys for Plaintiff, J.P. Morgan Trust Company, National Association, in its capacity as Liquidating Trustee of the FI Liquidating Trust and Reorganized FLI, Inc.