AO 458 (Rev. 10/95) Appearance

**E-FILED**
Thursday, 01 June, 2006  11:24:35 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

CENTRAL   DISTRICT OF   ILLINOIS

Churchill et al.

v.

Farmland Foods Inc.

**APPEARANCE**

Case Number: 06-4023

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, J.P. Morgan Trust Company, National Association, in its capacity as Liquidating Trustee of the FI Liquidating Trust as Reorganized FLI, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/1/2006 | /s/ Michael J. Small |
| Date | Signature |
| | Michael J. Small — 6207645 |
| | Print Name — Bar Number |
| | 321 N. Clark Street, Suite 2800 |
| | Address |
| | Chicago — Illinois — 60610 |
| | City — State — Zip Code |
| | (312) 832-4500 — (312) 832-4700 |
| | Phone Number — Fax Number |