# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

Churchill et al.

v.

Farmland Foods Inc.

**APPEARANCE**

Case Number: 06-4023

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, J.P. Morgan Trust Company, National Association, in its capacity as Liquidating Trustee of the FI Liquidating Trust as Reorganized FLI, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/1/2006 | /s/ David B. Goroff |
| Date | Signature |
| | David B. Goroff         6190039 |
| | Print Name          Bar Number |
| | 321 N. Clark Street, Suite 2800 |
| | Address |
| | Chicago    Illinois    60610 |
| | City    State    Zip Code |
| | (312) 832-4500    (312) 832-4700 |
| | Phone Number    Fax Number |