**E-FILED**
Friday, 18 August, 2006  02:25:59 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS        DISTRICT OF _____ ROCK ISLAND _____

Churchill et al,

                    Plaintiff,                                **APPEARANCE**

vs.

                                                            Case Number:  4:06-cv-4023

Farmland Foods, Inc.

                    Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant, Farmland Foods, Inc.

    I certify that I am admitted to practice in this court.

| 8/18/2006 | /s/ Blair B. Hanzlik |
|---|---|
| Date | Signature |

| Blair B. Hanzlik | 6279664 |
|---|---|
| Print Name | Bar Number |

| McGuireWoods LLP, 77 W. Wacker Drive, Ste 4100 | | |
|---|---|---|
| Address | | |

| Chicago | IL | 60601 |
|---|---|---|
| City | State | Zip Code |

| (312) 849-8100 | (312) 849-3690 |
|---|---|
| Phone Number | Fax Number |