**E-FILED**
Friday, 18 August, 2006 02:28:52 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| FOR THE CENTRAL DISTRICT OF ILLINOIS | DISTRICT OF | ROCK ISLAND |

Churchill et al,

        Plaintiff,

vs.

**APPEARANCE**

Case Number: 4:06-cv-4023

Farmland Foods, Inc.

        Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Farmland Foods, Inc.

I certify that I am admitted to practice in this court.

| 8/18/2006 | /s/ Thomas R. Mulroy |
|---|---|
| Date | Signature |

| Thomas R. Mulroy | 1988492 |
|---|---|
| Print Name | Bar Number |

McGuireWoods LLP, 77 W. Wacker Drive, Ste 4100
Address

| Chicago | IL | 60601 |
|---|---|---|
| City | State | Zip Code |

| (312) 849-8100 | (312) 849-3690 |
|---|---|
| Phone Number | Fax Number |