E-FILED
Friday, 18 August, 2006  02:32:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| Gregory Churchill, Robert Deloach Jonathan Richard, Sandra Crews, Jason Smith, Kim Lineman, Connie Hedges, Elizabeth Bavery, Charles Rowsey, Katie Babcock, Andrew Wren, Charles Furman, Yvonne Hammond, Tracy Cassiday, Christopher Cassiday, Kelly Mize, Kathy Hillier, Conchetta Butler, Danielle Florence, Stacy Burgess, Michelle Darmer, Kevin Winking, Melissa Miller, LuAnna Johnson, and Robert McIntyre, on behalf of themselves and all other similarly situated individuals, | Docket No. 4:06-cv-4023  Hon. Michael M. Mihm |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| FARMLAND FOODS, INC.: a Delaware corporation and subsidiary of Smithfield Foods | |
| Defendants. | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE
<u>A RESPONSIVE PLEADING</u>**

NOW COMES Defendant, Farmland Foods, Inc. ("Farmland") by and through its attorneys, and moves this Court to enter an Order granting Farmland an additional 21 days, up to and including September 11, 2006, within which to file a responsive pleading to Plaintiffs' Complaint. In support of this Motion, Farmland states as follows;

    1.    Farmland was served with Plaintiff's Complaint on July 31, 2006.

2. Farmland requires additional time to conduct an appropriate investigation of the factual and legal bases of the allegations in Plaintiffs' Complaint in order to prepare a proper response.

3. Plaintiffs' counsel has agreed to this Motion.

4. This Motion is not made for the purpose of delay and Plaintiffs will not be prejudiced by the extension.

WHEREFORE, Defendant, Farmland Foods, Inc., prays that this Court enter an Order granting it an extension up to and including September 11, 2006, within which to file a responsive pleading, and grant such further and additional relief as this Court deems just and appropriate.

Date:  August 18, 2006                                  Respectfully submitted,

                                                        Farmland Foods, Inc.

On behalf of Plaintiffs                                 By:   s/ Blair B. Hanzlik
                                                        One of Its attorneys
s/ Brian P. McCafferty
Brian P. McCafferty                                     Thomas R. Mulroy
1617 JFK Boulevard, Suite 640                           Blair B. Hanzlik (ARDC # 6279664)
Philadelphia, PA  19103                                 McGuireWoods LLP
                                                        77 W. Wacker Dr., Suite 4100
                                                        Chicago, IL  60601
                                                        Tel:  (312) 849-8100
                                                        Fax:  (312) 849-3690

## CERTIFICATE OF SERVICE

      I, Blair B. Hanzlik, an attorney, hereby certify that on August 18, 2006, I caused a copy of Farmland Foods, Inc.'s Agreed Motion for Extension of Time to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System. In addition, copies were served upon the parties listed below by placing a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on August 18, 2006.

Jarius M. Gilden
2711 Eastwood Avenue
Evanston, IL  60201

Brian P. McCafferty
1617 JFK Boulevard, Suite 640
Philadelphia, PA  19103

                                                      s/ Blair B. Hanzlik
                                                    Blair B. Hanzlik (ARDC # 6279664)
                                                      McGuireWoods LLP
                                                      77 W. Wacker Dr., Suite 4100
                                                      Chicago, IL  60601
                                                      Tel:  (312) 849-8100
                                                      Fax:  (312) 849-3690