# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| Gregory Churchill, Robert Deloach Jonathan Richard, Sandra Crews, Jason Smith, Kim Lineman, Connie Hedges, Elizabeth Bavery, Charles Rowsey, Katie Babcock, Andrew Wren, Charles Furman, Yvonne Hammond, Tracy Cassiday, Christopher Cassiday, Kelly Mize, Kathy Hillier, Conchetta Butler, Danielle Florence, Stacy Burgess, Michelle Darmer, Kevin Winking, Melissa Miller, LuAnna Johnson, and Robert McIntyre, on behalf of themselves and all other similarly situated individuals, | ) ) ) ) ) ) ) ) ) ) Docket No. 4:06-cv-4023 ) Hon. Michael M. Mihm ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| | ) JURY TRIAL DEMANDED |
| FARMLAND FOODS, INC.: a Delaware corporation and subsidiary of Smithfield Foods | ) ) ) |
| Defendants. | ) ) ) |

## FARMLAND FOODS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Farmland Foods, Inc. ("Farmland"), by counsel, and for its Rule 7.1 Disclosure Statement states as follows:

Smithfield Foods, Inc., a Virginia corporation, is the parent company of Farmland. No other publicly held company owns ten percent or more of the stock of Farmland.

Date: September 11, 2006                   Respectfully submitted,

                                           Farmland Foods, Inc.

                                           By:  s/ Blair B. Hanzlik
                                                One of its Attorneys

                                           Thomas R. Mulroy (admission pending)
                                           Blair B. Hanzlik
                                           McGuireWoods LLP

77 West Wacker Drive, Suite 4100
Chicago, IL  60601
P:	(312) 849-8100
F:	(312) 849-3690

**CERTIFICATE OF SERVICE**

   I, Blair B. Hanzlik, an attorney, hereby certify that on September 11, 2006, I caused a copy of Farmland Foods, Inc.'s Rule 7.1 Disclosure Statement to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System. I also hereby certify that I have placed a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on September 11, 2006.

Jarius M. Gilden
2711 Eastwood Avenue
Evanston, IL  60201

Brian P. McCafferty
1617 JFK Boulevard, Suite 640
Philadelphia, PA  19103


s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690