E-FILED
Tuesday, 19 September, 2006  10:09:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al., individually and on behalf of a class of others similarly situated, | CLASS ACTION |
| | Case No. 4:06-cv-4023 |
| Plaintiffs, | ELECTRONICALLY FILED |
| v. | |
| | Hon. Michael M. Mihm |
| FARMLAND FOODS, INC., a Delaware corporation and subsidiary of Smithfield Foods Defendant. | JURY TRIAL DEMANDED |

**AGREED PROPOSED DISCOVERY PLAN FILED
JOINTLY BY PLAINTIFFS AND DEFENDANT**

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16.2, and pursuant to this Court's scheduling of a September 20, 2006 Rule 16 Scheduling Conference and the directive of Judge John A. Gorman to submit a Discovery Plan in advance of that Conference, the parties, Plaintiffs Gregory Churchill, on behalf of themselves as individual Plaintiffs and as Class representatives for the putative Class, and Defendant Farmland Foods, Inc ("Farmland"), by and through their undersigned counsel, submit the following Joint Proposed Discovery and Scheduling Plan:

1. Deadline for Amendment of Pleadings: **November 20, 2006**

2. Deadline For Joinder of Additional Parties: **December 20, 2006**

3. Discovery Deadlines:

    A. Completion of Class Discovery: **January 20, 2007**

    B. Completion of All Case Discovery: **August 20, 2007**

4. Disclosure of Experts and Exchange of Expert Reports pursuant to Rule 26(a)(2).

    Plaintiffs: **August 20, 2007**

    Defendants: **October 20, 2007**

5. Deadline for Filing Dispositive Motions: **December 5, 2007**

6. Deadline For Filing of Rule 23 Motion For Class Certification: **To Be Determined By The Court**. Response/Opposition By Defendants due 30 days after motion for class certification is filed, Plaintiff's Reply due 15 days after Defendant's Opposition is filed.

    Respectfully submitted,

    /s/ Jairus M. Gilden

    _____

    Jairus M. Gilden, Esq.
    2711 Eastwood Avenue
    Evanston, IL 60201
    (847) 328-8542 (phone)
    (847) 328-8542 (fax)
    Counsel For Plaintiffs

    /s/ Blair B. Hanzlik

    _____

    Thomas R. Mulroy, Esq.
    Blair B. Hanzlik, Esq.
    MCGUIRE WOODS, LLP
    77 W. Wacker Dr., Suite 4100
    Chicago, IL 60601
    (312) 849-8100 (phone)
    (312) 849-3690 (fax)
    Counsel For Defendant Farmland Foods, Inc.

Dated: September 19, 2006