E-FILED
Friday, 29 September, 2006  08:17:41 AM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

For THE CENTRAL DISTRICT OF ILLINOIS        DISTRICT OF        ROCK ISLAND

Churchill et al,

        Plaintiff,

  vs.

Farmland Foods, Inc.

        Defendant.

**APPEARANCE**

Case Number:  4:06-cv-4023

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

        Defendant, Farmland Foods, Inc.

      I certify that I am admitted to practice in this court.

| 9/28/2006 | /s/ Thomas R. Mulroy |
|---|---|
| Date | Signature |
| | Thomas R. Mulroy                    1988492 |
| | Print Name                    Bar Number |
| | McGuireWoods LLP, 77 W. Wacker Drive, Ste. 4100 |
| | Address |
| | Chicago        IL        60601 |
| | City        State        Zip Code |
| | (312) 849-8100        (312) 849-3690 |
| | Phone Number        Fax Number |