IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| **GREGORY CHURCHILL, et al.,** individually, and on behalf of a class of others similarly situated, | : : : : | Case No. 4:06-cv-4023 |
| Plaintiffs, | : : | **ELECTRONICALLY FILED** |
| v. | : : : : : : : | **CHANGE IN ENTRY OF APPEARANCE OF BRIAN P. MCCAFFERTY-COUNSEL FOR PLAINTIFFS** |
| **FARMLAND FOODS, INC.** | | |
| Defendant. | : | |

**TO THE CLERK OF COURT:**

Please change my entry of appearance to the law firm, address and telephone and fax numbers listed under the signature line of this filing:

                                              Respectfully submitted,

                                              /s/ Brian P. McCafferty

                                              _____

                                              Brian P. McCafferty, Esq.
                                              Kenney Lennon & Egan, PC
                                              3031C Walton Road, Suite 202
                                              Plymouth Meeting, PA 19462
                                              (610) 940-9099 (phone)
                                              (610) 940-0284 (fax)

Dated: October 13, 2006

## CERTIFICATE OF SERVICE

I, Brian P. McCafferty, hereby certify that on October 13, 2006, I electronically filed the foregoing Change In Entry of Appearance with the Clerk of Court using the CM/ECF system which sent notification of such to the following counsel for Defendant Farmland Foods, Inc:

> Blair Hanzlik, Esq.
> David B. Goroff, Esq.
> Michael J. Small, Esq.
> Derek L. Wright, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

> None.

/s/ Brian P. McCafferty
_____
Brian P. McCafferty

Dated: October 13, 2006