E-FILED
Wednesday, 27 December, 2006  10:34:48 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |
| | ) |
| _____ | ) |

### AGREED MOTION FOR EXTENSION OF DEADLINES

NOW COMES Defendant, Farmland Foods, Inc. ("Farmland") by and through its attorneys, and Plaintiffs, by and through their undersigned attorney (collectively the "Parties"), pursuant to Local Rule 6.1, and move this Court to enter an Order granting an extension of the deadlines established in this case. In support of this Motion, the Parties state as follows;

1. The Parties have recently entered into good faith settlement negotiations encompassing the present action as well as two other donning and doffing class actions against two other Smithfield plants, currently pending in the Western District of Michigan and the Court of Common Pleas in Philadelphia County, Pennsylvania.

2. The Parties have exchanged settlement offers and demands, and believe that there is a significant possibility of reaching a class-wide settlement. The Parties are concerned that proceeding with discovery and litigation could eliminate some of the cost efficiencies of settlement and erode the good will that has been generated in discussions thus far.

3. The Parties respectfully request a 60-day stay of all deadlines in the present action to permit the Parties to explore these global settlement negotiations.

4.       Both the Plaintiffs and Farmland agree to this extension.

5.       This Motion is not made for the purpose of delay and no party will be prejudiced by the extension.

WHEREFORE, the Parties pray that this Court enter an Order granting a sixty (60) day stay of all deadlines in the present action, and grant such further and additional relief as this Court deems just and appropriate.

Date: December 27, 2006                                  Respectfully submitted,

| On behalf of Plaintiffs | Farmland Foods, Inc. |
|---|---|
| By: s/ Brian P. McCafferty | By: s/ Blair Hanzlik |
| Brian P. McCafferty | Thomas R. Mulroy |
| Kenney Lennon & Egan | Blair B. Hanzlik |
| 3031C Walton Road, Suite 202 | McGuireWoods LLP |
| Plymouth Meeting, PA 19462 | 77 W. Wacker Dr., Suite 4100 |
| (610) 940-9099 (phone) | Chicago, IL 60601 |
| (610) 940-0284 (fax) | Tel: (312) 849-8100 |
| | Fax: (312) 849-3690 |

2

**CERTIFICATE OF SERVICE**

      I, Blair B. Hanzlik, an attorney, hereby certify that on December 27, 2006, I caused a copy of Farmland Foods, Inc.'s and Plaintiff's Agreed Motion for Extension of Deadlines to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System. In addition, copies were served upon the parties listed below by placing a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on December 27, 2006.

Jarius M. Gilden
2711 Eastwood Avenue
Evanston, IL  60201

Brian P. McCafferty
Kenney Lennon & Egan
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462

                                            s/   Blair B. Hanzlik_____
                                            Blair B. Hanzlik
                                            McGuireWoods LLP
                                            77 W. Wacker Dr., Suite 4100
                                            Chicago, IL  60601
                                            Tel:  (312) 849-8100
                                            Fax:  (312) 849-3690