UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREORY CHURCHILL, et al., on behalf of themselves and all other similarly situated individuals )<br>)<br>)<br>Plaintiffs )<br>)<br>)<br>vs. )<br>)<br>FARMLAND FOODS, INC.: )<br>a Delaware Corporation and subsidiary )<br>of Smithfield Foods )<br>)<br>Defendant ) | Docket No. 4:06-cv-4023<br>Judge Michael M. Mihm |

.

## NOTICE OF APPEARANCE

NOTICE is hereby given that Michael Hamilton, admitted as an attorney in this Court on January 16, 2007 enters his appearance on behalf of Plaintiffs in this action.

Respectfully submitted,

s/ Michael Hamilton
Michael Hamilton
Provost Umphrey Law Firm, LLP

2002 Richard Jones Road, Suite 103-C
Nashville, Tennessee 37215
Office:  615-242-0199
Fax:   615-256-5922
Mhamilton@provostumphrey.com

CERTIFICATE OF SERVICE

I, Michael Hamilton, hereby certify that a copy of the foregoing was electronically served on all counsel of record on this _25th of January, 2007.

s/MichaelHamilton_____

.