E-FILED
Thursday, 03 May, 2007  03:57:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |
| | ) |

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

Representative Plaintiffs Gregory Churchill, Robert Deloach, Jonathan Richard, Sandra Crews, Jason Smith, Kim Lineman, Connie Hedges, Elizabeth Bavery, Charles Rowsey, Katie Babcock, Andrew Wren, Charles Furman, Yvonne Hammond, Tracy Cassiday, Christopher Cassiday, Kelly Mize, Kathy Hillier, Conchetta Butler, Danielle Florence, Stacy Burgess, Michelle Darmer, Kevin Winking, Melissa Miller, LuAnna Johnson, and Robert McIntyre ("Representative Plaintiffs") and Defendant Farmland Foods, Inc. ("Farmland") (collectively the "Parties"), by and through their respective undersigned counsel, hereby respectfully request that this Honorable Court permit the filing under seal of the Letter Agreement. In support of this Motion, the Parties state as follows:

1. All parties agree that the Letter Agreement should be filed under seal.

2. The Letter Agreement is referenced in paragraph 21 of the Stipulation of Settlement, filed with this Court on May 3, 2007.

3. Paragraph 21 states that "Farmland shall have the right, but not the obligation, to be exercised in its sole discretion, to void this Agreement if Settlement Class Members exclude themselves in a number or an amount set forth in separate letter agreement the ("Letter

Agreement") to be filed with the Court. The parties intend to ask the Court to allow them to file this separate Letter Agreement under seal."

4. If the number or amount of Settlement Class Members who seek to exclude themselves from the Settlement Agreement were publicly available information, it is possible that a person or persons with an interest in disrupting the Settlement would more aggressively recruit Settlement Class Members to exclude themselves from the Settlement.

5. Settlement Class Members should decide for themselves, without outside influence, whether to exclude themselves from the Settlement.

6. Permitting the Letter Agreement to be filed under seal ensures that no one will obtain information about the number or amount of Settlement Class Members which would have to exclude themselves in order to trigger Farmland's right to void the Agreement, and ensures that Settlement Class Members will evaluate the Settlement Agreement on its own merits without outside influence.

7. A copy of a proposed order granting this motion for leave to file the Letter Agreement under seal is attached hereto as Exhibit A.

WHEREFORE, for the foregoing reasons, the Parties jointly respectfully request that this Court grant the motion for leave to place the Letter Agreement under seal.

Dated May 3, 2007				Respectfully Submitted,

						Class Counsel

						By:  s/ Brian P. McCafferty_____
						Brian P. Kenney, Esquire
						Brian P. McCafferty, Esquire
						Eric L. Young, Esquire
						Philip A. Downey, Esquire
						Kenney Lennon & Egan
						3031C Walton Road, Suite 202
						Plymouth Meeting, PA  19462
						(610) 940-9099
						(610) 940-0284 (fax)


						Farmland Foods, Inc.

						By:  s/ Blair B. Hanzlik____
						Blair B. Hanzlik
						McGuireWoods LLP
						77 W. Wacker Dr., Suite 4100
						Chicago, IL  60601
						Tel:  (312) 849-8100
						Fax:  (312) 849-3690

		Of Counsel	Alan K. Cotler, Esq.
						Shannon Elise McClure, Esq.
						Reed Smith LLP
						2500 One Liberty Place
						1650 Market Street
						Philadelphia, PA  19103
						215.851.8100
						215.851.1420 (fax)

**CERTIFICATE OF SERVICE**

      I, Blair B. Hanzlik, an attorney, hereby certify that on May 3, 2007, I caused a copy of the foregoing Joint Motion for Leave to File Under Seal and Memorandum in Support thereof to be filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court System.  I also hereby certify that I have provided notice of this filing by placing a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on May 3, 2007.

Jarius M. Gilden
2711 Eastwood Avenue
Evanston, IL  60201

Brian P. Kenney, Esquire
Brian P. McCafferty, Esquire
Eric L. Young, Esquire
Philip A. Downey, Esquire
Kenney Lennon & Egan
3031C Walton Road, Suite 202
Plymouth Meeting, PA  19462


s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |
| | ) |

**JOINT MOTION FOR LEAVE TO FILE UNDER SEAL**

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |
| | ) |

**ORDER REGARDING JOINT MOTION TO**
**FILE LETTER AGREEMENT UNDER SEAL**

The parties having submitted a Joint Motion to File Letter Agreement Under Seal so that the Court may scrutinize the entirety of the parties' settlement for fairness, and the Court having concluded that the Letter Agreement should be kept confidential, it is hereby

ORDERED that the Letter Agreement is approved to be filed under seal.


Dated: _____, 2007


                                            _____
                                            Honorable Michael M. Mihm



Copies to:  Counsel of Record