# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |
| | ) |

## JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS
## AND PRELIMINARY APPROVAL OF SETTLEMENT AND CLASS NOTICE

Representative Plaintiffs and Defendant Farmland Foods, Inc., by their respective undersigned counsel, hereby request that the Court conditionally certify the Plaintiffs as Class Representatives, certify Plaintiffs' counsel as Class Counsel, preliminarily approve a proposed settlement, and approve the attached Notice of Class Action and proposed Settlement Agreement. The factual and legal grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference herein.

|  |  |
|---|---|
| May 3, 2007 | Respectfully submitted, |
| Class Counsel | Farmland Foods, Inc. |
| By: s/ Brian P. McCafferty<br>Brian P. Kenney, Esquire<br>Brian P. McCafferty, Esquire<br>Eric L. Young, Esquire<br>Philip A. Downey, Esquire<br>Kenney Lennon & Egan<br>3031C Walton Road, Suite 202<br>Plymouth Meeting, PA 19462<br>(610) 940-9099<br>(610) 940-0284 (fax) | By: s/ Blair B. Hanzlik<br>Blair B. Hanzlik<br>McGuireWoods LLP<br>77 W. Wacker Dr., Suite 4100<br>Chicago, IL 60601<br>Tel: (312) 849-8100<br>Fax: (312) 849-3690<br><br>Of Counsel<br>Alan K. Cotler, Esq.<br>Shannon Elise McClure, Esq.<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103<br>215.851.8100 |

## CERTIFICATE OF SERVICE

       I, Blair B. Hanzlik, an attorney, hereby certify that on May 3, 2007, I caused a copy of the foregoing Joint Motion for Certification of a Settlement Class and Preliminary Approval of Settlement and Class Notice and Memorandum in Support thereof, to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System. I also hereby certify that I have provided notice of this filing by placing a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on May 3, 2007.

Jarius M. Gilden
2711 Eastwood Avenue
Evanston, IL  60201

Brian P. Kenney, Esquire
Brian P. McCafferty, Esquire
Eric L. Young, Esquire
Philip A. Downey, Esquire
Kenney Lennon & Egan
3031C Walton Road, Suite 202
Plymouth Meeting, PA  19462


s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690