E-FILED
Wednesday, 09 May, 2007  03:07:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |
| | ) |

## NOTICE OF FILING UNDER SEAL

**PLEASE TAKE NOTICE** that on this 9th day of May, 2007, we caused to be filed Under Seal with the Clerk of the Court for the United States District Court for the Central District of Illinois, the Parties' Letter Agreement which is filed under seal pursuant to the Court's Order dated May 9, 2007, and a copy of which is attached and hereby served upon you.

Dated May 9, 2007                    Respectfully Submitted,

                                            Farmland Foods, Inc.

                                            By:  s/ Blair B. Hanzlik
                                            Blair B. Hanzlik
                                            McGuireWoods LLP
                                            77 W. Wacker Dr., Suite 4100
                                            Chicago, IL  60601
                                            Tel:  (312) 849-8100
                                            Fax:  (312) 849-3690

                                            Of Counsel
                                            Alan K. Cotler, Esq.
                                            Shannon Elise McClure, Esq.
                                            Reed Smith LLP
                                            2500 One Liberty Place
                                            1650 Market Street
                                            Philadelphia, PA  19103
                                            215.851.8100

**CERTIFICATE OF SERVICE**

   I, Blair B. Hanzlik, an attorney, hereby certify that on May 9, 2007, I caused a copy of the Parties' Letter Agreement to be filed Under Seal electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System. I also hereby certify that I have provided notice of this filing by placing a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on May 9, 2007.

Jarius M. Gilden
2711 Eastwood Avenue
Evanston, IL  60201

Brian P. Kenney, Esquire
Brian P. McCafferty, Esquire
Eric L. Young, Esquire
Philip A. Downey, Esquire
Kenney Lennon & Egan
3031C Walton Road, Suite 202
Plymouth Meeting, PA  19462

Michael Hamilton
Provost Umphrey Law Firm, LLP
2002 Richard Jones Road, Suite 102-C
Nashville, TN  37215


s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690