E-FILED
Thursday, 14 June, 2007  11:16:14 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREORY CHURCHILL, et al., on behalf of themselves and all other similarly situated individuals )<br>　　　　Plaintiffs ) | |
| ) | Docket No. 4:06-cv-4023 |
| ) | Judge Michael M. Mihm |
| vs. ) | |
| FARMLAND FOODS, INC.: a Delaware Corporation and subsidiary of Smithfield Foods )<br>　　　　Defendant ) | |

NOTICE OF CHANGE OF ADDRESS

Please take notice that effective June 1, 2007, the Nashville office of Provost Umphrey Law Firm, L.L.P. will relocate its offices as shown below.

> Provost Umphrey Law Firm L.L.P.
> One Burton Hills Boulevard
> Suite 380
> Nashville, Tennessee 37215
> Phone:  615-242-0199
> Fax:     615-256-5922

　　　　Respectfully submitted,

　　　　s/Michael Hamilton
　　　　Michael Hamilton
　　　　TN Bar No. 10720
　　　　PROVOST UMPHREY LAW FIRM L.L.P.

CERTIFICATE OF SERVICE

      I hereby certify that on the __14th___ day of June 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Brian McCafferty, Esq.
Jarius M. Gilden, Esq.
Thomas Mulroy, Esq.
Blair B. Hanzlik, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants.

None

                                              S/Michael Hamilton_____