E-FILED
Friday, 15 June, 2007 10:48:29 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DISTRICT OF ROCK ISLAND

| | |
|---|---|
| Gregory Churchill, et al., on behalf of themselves and all other similarly situated individuals, )<br><br>Plaintiffs )<br><br>v. )<br><br>Farmland Foods, Inc. a Delaware corporation and subsidiary of Smithfield Foods )<br><br>Defendant. ) | Docket No. 4:06-cv-4023 |

NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

Please take note that effective July 1, 2007, Jairus M. Gilden will become affiliated on an of counsel basis with the firm of:

Metcalf, Kaspari, Howard, Engdahl & Lazarus
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1573
phone: (312) 286-1427
fax: (952) 591-5806


Respectfully submitted,

s/ Jairus Gilden
Jairus Gilden
IL Bar No. 12972

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David B. Goroff
William Michael Hamilton
Blair Baker Hanzlik
Brian P. McCafferty
Thomas R. Mulroy
Michael J. Small
Derek L. Wright

And I hereby certify that I have mailed by United States Postal Service, postage-prepaid, this document to the following non-CM/ECF participants:

None

s/ Jairus Gilden