**E-FILED**
Tuesday, 26 June, 2007  03:54:35 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |
| | ) |

### JOINT MOTION FOR DISTRIBUTION OF A
### SUPPLEMENTAL LETTER TO THE CLASS

Representative Plaintiffs and Defendant Farmland Foods, Inc. (collectively the "Parties"),

by their respective undersigned counsel, hereby request that the Court approve the distribution of

a supplemental letter to the Class to accompany the Class Notice approved by this Court on May

30, 2007.  In support of this Motion, the Parties state as follows:

1.      On May 30, 2007, the Court entered a Preliminary Approval Order provisionally

certifying a settlement class and approving the distribution of the Class Notice.

2.      The Preliminary Approval Order provided that the Class Notice and Calculation

of Weeks Worked be distributed to Employed Settlement Class Members with their regular

paychecks.  The Class Notice and Calculation of Weeks Worked are scheduled to be distributed

to Employed Settlement Class Members with their regular paychecks on Friday, June 29, 2007.

3.      In an effort to identify the documents for employees, to inform the employees that

the Class Notice provides guidance as to their rights and options, and to minimize any questions

raised by the class notice, the Parties have agreed to circulate a supplemental letter with the Class

Notice and Calculation of Weeks Worked to the Employed Settlement Calls Members.

4.      The Parties have agreed to the form and substance of the supplemental letter.  A

copy of the supplemental letter is attached hereto as Exhibit A.

5.      The Parties do not believe that the information contained in the supplemental

letter conflicts with the Class Notice previously approved by this Court.

WHEREFORE, the Representative Plaintiffs and Farmland Foods, Inc., jointly pray that

this Court enter an Order granting approval for the distribution of the supplemental letter to the

class attached hereto as Exhibit A, and grant such further and additional relief as this Court

deems just and appropriate.

June 26, 2007                                    Respectfully submitted,


Class Counsel                                    Farmland Foods, Inc.

By:  s/_Brian P. McCafferty___                   By:  s/_Blair B. Hanzlik___
Brian P. Kenney, Esquire                         Blair B. Hanzlik
Brian P. McCafferty, Esquire                     McGuireWoods LLP
Eric L. Young, Esquire                           77 W. Wacker Dr., Suite 4100
Philip A. Downey, Esquire                        Chicago, IL  60601
Kenney Lennon & Egan                             Tel:  (312) 849-8100
3031C Walton Road, Suite 202                     Fax:  (312) 849-3690
Plymouth Meeting, PA  19462
(610) 940-9099                                   Of Counsel
(610) 940-0284 (fax)                             Alan K. Cotler, Esq.
                                                 Shannon Elise McClure, Esq.
                                                 Reed Smith LLP
                                                 2500 One Liberty Place
                                                 1650 Market Street
                                                 Philadelphia, PA  19103
                                                 215.851.8100

## CERTIFICATE OF SERVICE

I, Blair B. Hanzlik, an attorney, hereby certify that on June 26, 2007, I caused a copy of the foregoing Joint Motion for Distribution of Supplemental Letter to the Class to be filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court System.  I also hereby certify that I have provided notice of this filing by placing a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on June 26, 2007.

Jarius M. Gilden
Metcalf, Kaspari, Howard, Engdahl & Lazarus
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN  55416

Brian P. McCafferty, Esquire
Brian P. Kenney, Esquire
Eric L. Young, Esquire
Philip A. Downey, Esquire
Kenney Lennon & Egan
3031C Walton Road, Suite 202
Plymouth Meeting, PA  19462

Michael Hamilton, Esq.
Provost Umphrey Law Firm, LLP
One Burton Hills Blvd.
Suite 380
Nashville, Tennessee 37215


s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690

**E-FILED**
Tuesday, 26 June, 2007  03:54:50 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |
| | ) |

**JOINT MOTION FOR DISTRIBUTION OF A
SUPPLEMENTAL LETTER TO THE CLASS**

# EXHIBIT A

Dear Farmland employee,

Last March, you received information about a settlement involving the company's pay practices for "donning and doffing" – the putting on and taking off, cleaning, maintaining and waiting for work-related clothing, gear and equipment. Enclosed with your paycheck today is an official court notice of the settlement. The notice contains important information about the settlement and your rights. We recommend that you read it carefully.

As the notice states, the settlement provides for payment amounts for past work. These amounts are based on the qualified employees' term of service and whether the employee worked in a department that utilized special protective equipment. The information about your particular settlement amount is stated in the notice.

We realize you may have questions about the terms of the settlement and your rights. If you have questions, you may write to: **Farmland Foods, Inc. Settlement, BrownGreer PLC, 115 S. 15th Street, Suite 400, Richmond, VA 23219. In addition, you may call the following number: (804) 521-7200.**