IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE WITH PRELIMINARY APPROVAL ORDER

Pursuant to paragraphs 6 and 7 of the Preliminary Approval Order dated May 30, 2007, Defendants, by and through their undersigned counsel, hereby submit to the Court the attached "Declaration of Distribution of Class Notice." The Declaration demonstrates that the Class Notice and Calculation of Weeks Worked was distributed to Employed Settlement Class Members in accordance with the Preliminary Approval Order.

July 23, 2007

Respectfully submitted,

Farmland Foods, Inc.

By: s/ Blair B. Hanzlik
Blair B. Hanzlik
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690

Of Counsel
Alan K. Cotler, Esq.
Shannon Elise McClure, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
215.851.8100

# CERTIFICATE OF SERVICE

      I, Blair B. Hanzlik, an attorney, hereby certify that on July 23, 2007, I caused a copy of the foregoing Notice of Compliance and Declaration in Support Thereof to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System. I also hereby certify that I have provided notice of this filing by placing a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on July 23, 2007.

Jarius M. Gilden
Metcalf, Kaspari, Howard, Engdahl & Lazarus
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN  55416

Brian P. McCafferty, Esquire
Brian P. Kenney, Esquire
Eric L. Young, Esquire
Philip A. Downey, Esquire
Kenney Lennon & Egan
3031C Walton Road, Suite 202
Plymouth Meeting, PA  19462

Michael Hamilton, Esq.
Provost Umphrey Law Firm, LLP
One Burton Hills Blvd.
Suite 380
Nashville, Tennessee 37215


s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690

E-FILED
Monday, 23 July, 2007  09:20:42 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. on behalf of themselves and all other similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC.,<br><br>Defendant. | Case No. 4:06-CV-4023<br><br>CLASS ACTION<br>Honorable Michael M. Mihm<br>U.S. District Judge |

## DECLARATION OF DISTRIBUTION OF CLASS NOTICE

I, Michelle Mc Murl, state that at all times relevant to the above-captioned action, the following facts are within my personal knowledge and are true and correct:

1. I am a human resources employee employed at Farmland Foods, Inc.'s Monmouth plant ("Farmland"), a defendant in the above-captioned action.

2. I am aware of the Court's order dated May 30, 2007 ("Order"), preliminarily approving the settlement reached in the above-captioned action.

3. The Order preliminarily certified a Class and required Farmland to distribute Class Notice and Calculation of Weeks Worked ("Notice") to current employees on or before July 2, 2007.

4. I personally oversaw the distribution of the Notice to current employees.

5. Farmland identified 1,135 current employees as members of the Class.

6. Farmland's human resources personnel supplied the Class Administrator, BrownGreer PLC, with a list of current and former employees who are members of the Class.

7.  Using the list supplied by Farmland, the Class Administrator prepared individualized Notices for each currently-employed Class Member and sent the notices to Farmland on June 29, 2007.

8.  Farmland successfully distributed approximately 1,048 Notices to current employees with their paychecks on or about June 29, 2007.

9.  There were 87 Notices that could not be distributed, either because the employees had terminated employment with Farmland before June 29, 2007, were on leave or were otherwise absent on the date of distribution.

10. A list of the employees to whom Notices could not be distributed was provided to the Class Administrator on July 2, 2007.

11. The Class Administrator will oversee the mailing of notices to the employees to whom Notices could not be distributed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant 28 U.S.C. § 1746.

Executed on: July 13, 2007

*Michelle McMurl*
Michelle Mc Murl, HR Manager