# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE WITH PRELIMINARY APPROVAL ORDER

Pursuant to paragraphs 6 and 7 of the Preliminary Approval Order dated May 30, 2007, Defendants, by and through their undersigned counsel, hereby submit to the Court the attached "Declaration of Mailing of Class Notice." The Declaration demonstrates that the Class Notice and Calculation of Weeks Worked was mailed to Formerly-Employed Settlement Class Members in accordance with the Preliminary Approval Order.

August 6, 2007

Respectfully submitted,

Farmland Foods, Inc.

By: s/_Blair B. Hanzlik___
Blair B. Hanzlik
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690

Of Counsel
Alan K. Cotler, Esq.
Shannon Elise McClure, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
215.851.8100

## CERTIFICATE OF SERVICE

      I, Blair B. Hanzlik, an attorney, hereby certify that on August 6, 2007, I caused a copy of the foregoing Notice of Compliance and Declaration in Support Thereof to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System. I also hereby certify that I have provided notice of this filing by placing a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on August 6, 2007.

Jarius M. Gilden
Metcalf, Kaspari, Howard, Engdahl & Lazarus
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN  55416

Brian P. McCafferty, Esquire
Brian P. Kenney, Esquire
Eric L. Young, Esquire
Philip A. Downey, Esquire
Kenney Lennon & Egan
3031C Walton Road, Suite 202
Plymouth Meeting, PA  19462

Michael Hamilton, Esq.
Provost Umphrey Law Firm, LLP
One Burton Hills Blvd.
Suite 380
Nashville, Tennessee 37215


s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690

E-FILED
Monday, 06 August, 2007 12:06:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. on behalf of themselves and all other similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC.,<br><br>Defendant. | Case No. 4:06-CV-4023<br><br>CLASS ACTION<br>Honorable Michael M. Mihm<br>U.S. District Judge |

### DECLARATION OF MAILING OF CLASS NOTICE

I, Frank J. Trani, state that at all times relevant to the above-captioned action, the following facts are within my personal knowledge and are true and correct:

1. I am an attorney employed at BrownGreer, PLC ("BrownGreer"), the Class Administrator for the class action settlement of the above-captioned action. BrownGreer, located at 115 S. 15th Street, Suite 400, Richmond, Virginia 23219, specializes in the legal and administrative aspects of the design, approval, and implementation of claims facilities to provide payments for the resolution of mass claims through class action settlement, bankruptcy reorganization, voluntary agreement, or other aggregation vehicles. BrownGreer implements class notice campaigns, designs database platforms for data storage and retrieval, and facilitates claims processing.

2. I am aware of the Court's order dated May 30, 2007 ("Order"), preliminarily approving the settlement reached in the above-captioned action.

3. The Order preliminarily certified a Class and required BrownGreer to mail a Class Notice and Calculation of Weeks Worked ("Notice") to former employees, and current employees to whom Farmland was unable to distribute the Notice, on or before July 16, 2007.

4. I personally oversaw the mailing of the Notice to the employees identified in Paragraph 3 above.

5. Farmland identified 1,153 former employees as members of the Class to whom BrownGreer would give Notice. Farmland also identified 64 current employees as members of the Class to whom BrownGreer would give Notice because Farmland was unable to distribute the Notice. Farmland further identified 23 employees on Family / Medical Leave to whom BrownGreer would give Notice.

6. Using the list supplied by Farmland, BrownGreer caused the names and addresses of the 1,217 Class Members (1,153 plus 64) to be provided to LexisNexis for purposes of updating and confirming their mailing addresses. LexisNexis matched 814 addresses and provided updated addresses for 385 addresses. LexisNexis was unable to confirm the correct address for 18 last known addresses provided by Farmland.

7. BrownGreer selected RR Donnelley as its printing and mailing vendor for the Notice mailing. RR Donnelley is a Fortune 500 company and is one of the largest commercial printing and mailing companies in North America. RR Donnelley maintains a service center in Richmond, Virginia. RR Donnelley's portion of this project was managed by Joseph R. Zielinski, Jr., Sales Manager. I coordinated all aspects of RR Donnelley's work with Mr. Zielinski and confirmed with him all information about the work performed by RR Donnelley.

8.  RR Donnelley successfully mailed 1,217 Notice Packets by first class mail to all persons on the list described in Paragraph 6 above by the Notice Date of July 16, 2007. Notices were sent by RR Donnelley to the 814 matched addresses provided by LexisNexis, to the 385 updated addresses provided by LexisNexis, and to the employee's last known address as provided by Farmland for the 18 Class Members for whom LexisNexis could not confirm an address. Additionally, BrownGreer successfully mailed 23 Notice Packets by first class mail by the Notice Date of July 16, 2007 to the members of the Class that were on Family / Medical Leave.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant 28 U.S.C. § 1746.

Executed on: August 6th, 2007

_Frank J. Trani_
Frank J. Trani