AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

GREGORY CHURCHILL, et al.
    Plaintiffs,

-vs-

FARMLAND FOODS, INC.
    Defendant.

**APPEARANCE**

Case Number: 4:06-cv-4023

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Farmland Foods, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/13/2007 | /s Andrew R. Woltman |
| Date | Signature |
| | Andrew R. Woltman    6291088 |
| | Print Name    Bar Number |
| | 77 W. Wacker Drive Suite 4100 |
| | Address |
| | Chicago    IL    60601 |
| | City    State    Zip Code |
| | (312) 849-8100    (312) 698-4560 |
| | Phone Number    Fax Number |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:06-cv-4023 |
| V. | ) |
| | ) JUDGE MICHAEL M. MIHM |
| FARMLAND FOODS, INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Andrew R. Woltman, an attorney, hereby certify that on September 13, 2007, I caused a copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System. I also hereby certify that I have provided notice of this filing by placing a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on September 13, 2007.

| | |
|---|---|
| Jarius M. Gilden<br>Metcalf, Kaspari, Howard, Engdahl & Lazarus<br>333 Parkdale Plaza<br>1660 South Highway 100<br>Minneapolis, MN  55416 | Brian P. McCafferty, Esquire<br>Brian P. Kenney, Esquire<br>Eric L. Young, Esquire<br>Philip A. Downey, Esquire<br>Kenney Lennon & Egan<br>3031C Walton Road, Suite 202<br>Plymouth Meeting, PA  19462 |
| Michael Hamilton, Esq.<br>Provost Umphrey Law Firm, LLP<br>One Burton Hills Blvd.<br>Suite 380<br>Nashville, Tennessee 37215 | |

s/ Andrew R. Woltman
Andrew R. Woltman (ARDC # 6291088)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 698-4560

\4760328.1