AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL     DISTRICT OF     ILLINOIS

GREGORY CHURCHILL, et al.
    Plaintiffs,

-vs-

FARMLAND FOODS, INC.,
    Defendant.

**APPEARANCE**

Case Number:  4:06-cv-4023

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Farmland Foods, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/13/2007 | /s Richard T. Greenberg |
| Date | Signature |
| | Richard T. Greenberg    1047825 |
| | Print Name     Bar Number |
| | 77 W. Wacker Drive Suite 4100 |
| | Address |
| | Chicago    IL    60601 |
| | City    State    Zip Code |
| | (312) 849-8100    (312) 558-4377 |
| | Phone Number    Fax Number |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al.,<br><br>    Plaintiffs,<br><br>V.<br><br>FARMLAND FOODS, INC.,<br><br>    Defendant. | Case No. 4:06-cv-4023<br><br>JUDGE MICHAEL M. MIHM |

## CERTIFICATE OF SERVICE

    I, Richard T. Greenberg, an attorney, hereby certify that on September 13, 2007, I caused a copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court System. I also hereby certify that I have provided notice of this filing by placing a copy in the United States Mail, proper postage prepaid, before 5:00 p.m. on September 13, 2007.

Jarius M. Gilden
Metcalf, Kaspari, Howard, Engdahl & Lazarus
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN  55416

Michael Hamilton, Esq.
Provost Umphrey Law Firm, LLP
One Burton Hills Blvd.
Suite 380
Nashville, Tennessee 37215

Brian P. McCafferty, Esquire
Brian P. Kenney, Esquire
Eric L. Young, Esquire
Philip A. Downey, Esquire
Kenney Lennon & Egan
3031C Walton Road, Suite 202
Plymouth Meeting, PA  19462

s/ Richard T. Greenberg
Richard T. Greenberg (ARDC # 1047825)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 558-4377

\4765201.1