E-FILED
Wednesday, 03 October, 2007  09:55:19 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) CLASS ACTION |
| | ) |

**UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME
TO SUBMIT PLAINTIFFS' FEE PETITION**

Plaintiffs seek one additional business day, until Monday, October 8, 2007, to submit their Motion For Approval Of Award Of Attorneys' Fees and Costs to the Court. Plaintiffs' current deadline is Friday, October 5, 2007. In support of this Motion, Plaintiffs' state as follows:

1. This Court, after granting preliminary approval to a class settlement in this matter, has scheduled a Final Hearing to determine whether to grant final approval to the class settlement on Friday, October 19, 2007.

2. In preparation for this Hearing, the parties will be jointly submitting a Motion for Final Approval of the Class Settlement and related papers informing the Court of the actions taken by the parties and the Settlement Administrator to facilitate notice to the class, what if any objections or opt-outs we received from the class, and requesting that the Court give final approval to the Class Settlement and grant the relief requested in the Proposed Final Judgment and Order.

3. The parties are working together on these final approval papers and most, if not all, of these documents will be filed with the Court on or before the deadline set by the Court of Friday, October 5, 2007. Plaintiffs' counsel, however, requests one additional business day, until Monday, October 8, 2007 to file its fee petition in the form of a Motion to Approve the Award of Attorneys' Fees, Costs and Expenses.

4. Plaintiffs' lead counsel, Brian P. McCafferty, is in the process of obtaining attorney time and cost reports from his own law firm as well as from three additional firms. Attorney McCafferty will also be traveling to Omaha, Nebraska to take depositions in another matter not before this Court. Attorney McCafferty is scheduled to fly back to Philadelphia, Pennsylvania and return to his office on the afternoon of Friday, October 5, 2007.

5. Whereas Attorney McCafferty expects that he will not have any difficulties either traveling back to Philadelphia on October 5, 2007 and receiving all of the time and cost reports from respective Plaintiffs' counsel, in an abundance of caution he requests one extra business day, until Monday, October 8, 2007 in case he has difficulty traveling back to Philadelphia on October 5, 2007 in time to file Plaintiffs' fee petition motion with the Court.

6. Plaintiffs' counsel has consulted with Defendants' counsel Shannon McClure who has indicated that Defendants do not oppose this Motion. Moreover, all other documents related to the parties' Joint Motion For Final Approval Class Settlement will be filed on October 5, 2007.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Proposed Order and grant Plaintiffs' counsel one additional business day, until Monday, October 8, 2007, to submit their fee petition in the form of a Motion to Approve Attorneys' Fees, Costs and Expenses.

**Dated**:  October 3, 2007

                        Respectfully submitted,

                        /s/ Brian P. McCafferty

                        _____

                        Brian P. McCafferty, Esquire
                        Kenney Egan McCafferty & Young
                        3031C Walton Road, Suite 202
                        Plymouth Meeting, PA 19462
                        (610) 940-9099
                        (610) 940-0284 (fax)
                        Plaintiffs' Class Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| GREGORY CHURCHILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Docket No. 4:06-cv-4023 |
| v. | ) Hon. Michael M. Mihm |
| | ) |
| FARMLAND FOODS, INC. | ) |
| | ) |
| Defendant. | ) CLASS ACTION |
| | ) |

### O R D E R

AND NOW, this _____ day of _____, 2007, upon considering Plaintiffs' Unopposed Motion For Extension Of Time To File Their Fee Petition, it is ORDERED that Plaintiffs' Motion is GRANTED.  Plaintiffs' counsel shall have until Monday, October 8, 2007 to submit any motion or related documentation to support a request for award of attorneys' fees in connection with the proposed class settlement that will be heard by the Court for final approval on October 19, 2007.

BY THE COURT:

_____
Michael M. Mihm
United States District Judge