**E-FILED**
Sunday, 07 October, 2007  01:54:40 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **GREGORY CHURCHILL, et al.**<br>**on behalf of themselves and all**<br>**other similarly situated individuals**<br><br>          **Plaintiffs,**<br><br>      **v.**<br><br>**FARMLAND FOODS, INC.,**<br><br><br>        **Defendants.** | **Case No. 4:06-CV-4023**<br><br><br>**CLASS ACTION**<br><br>**Honorable Michael M. Mihm**<br>**U.S. District Judge** |

### PLAINTIFFS' COUNSELS' MOTION FOR COURT APPROVAL OF AN AWARD OF ATTORNEY'S FEES AND COSTS AND EXPENSES IN CONNECTION WITH THE CLASS SETTLEMENT

Pursuant to the Court's order preliminarily approving the proposed settlement, Plaintiffs' counsel respectfully moves, pursuant to Federal Rule of Civil Procedure 23, for an award of attorneys' fees and reimbursement of costs and expenses in connection with the final resolution of this litigation, to be paid from the settlement fund created by the settlement of this litigation.  Specifically, Plaintiffs' Counsel respectfully request that the Court approve the settlement and award Plaintiffs' counsel $307,392.93 in attorneys' fees, $4,867.07 in costs and expenses, and $350.00 payments to the 29 named Plaintiffs (pursuant to Paragraph 8 of the Settlement Agreement) as set forth in the proposed Final Judgment And Order.

In support of this Motion, Plaintiffs' counsel relies upon the memorandum of law and accompanying Declaration of Brian P. McCafferty submitted herewith.  The

proposed Final Judgment And Order, submitted with the parties' Joint Motion for Final

Approval of the Settlement encompasses the relief sought in this Motion.


**Dated**:  October 7, 2007

Respectfully submitted,

/s/ Brian P. McCafferty

_____

Brian P. McCafferty, Esquire
Kenney Egan McCafferty & Young
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099
(610) 940-0284 (fax)

Plaintiffs' Class Counsel