**E-FILED**
Sunday, 07 October, 2007  01:56:41 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GREGORY CHURCHILL, et al.** | : | |
| **on behalf of themselves and all** | : | |
| **other similarly situated individuals** | : | |
| | : | **Case No. 4:06-CV-4023** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FARMLAND FOODS, INC.,** | : | **CLASS ACTION** |
| | : | |
| | : | **Honorable Michael M. Mihm** |
| **Defendants.** | : | **U.S. District Judge** |
| | : | |

### MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' COUNSELS' REQUEST FOR COURT APPROVAL OF AN AWARD OF ATTORNEY'S FEES AND COSTS AND EXPENSES IN CONNECTION WITH THE CLASS SETTLEMENT

## I.    INTRODUCTION

Plaintiffs' counsel respectfully submit this application for an award of attorneys' fees and reimbursement of costs and expenses in connection with the final resolution of this litigation, to be paid from the proposed $977,050.00 settlement with the Defendant Farmland Foods, Inc.

Per the terms of the settlement agreement submitted to the Court for final approval, an amount of thirty-three percent (33 %) of the $977,000.00 total settlement, which amounts to $322,410.00, was set aside to be paid out for:  (1) attorneys' fees and costs awarded to Plaintiffs' counsel; and (2) payments of $350.00 each to the twenty-nine named Plaintiffs in this matter to compensate them for the time and effort of assisting Plaintiffs' counsel.[1]

---

[1] Per Paragraph 8 of the Settlement Agreement, all 29 Representative Plaintiffs would

Accordingly, by the terms of the settlement agreement submitted to the Court for final approval, Plaintiffs' counsel seeks total attorneys' fees and costs in the amount of thirty-three percent (33 %) of the $977,000.00 total settlement, which amounts to $322,410.00. Specifically, Plaintiffs' counsel collectively seek: (1) a payment of $10,150 total, $350 each, to the 29 named Plaintiffs in this matter; (2) reimbursement of $4,867.07 in costs and expenses to Plaintiffs' counsel; and (3) an award of $307,392.93 in total attorneys' fees to all of the firms that represented the Plaintiffs in this matter.[2]

The Court should grant this application because: (1) the attorneys' fee award is appropriate in this case in view of the work performed and the result achieved; and (2) the requested expenses were incurred in the successful prosecution and settlement of this case and are reasonable; and (3) the payments to the named Plaintiffs for their time and assistance in this matter is fair and reasonable and not contested by any party in this matter.

The attorneys' fee, on a percentage of the fund basis, is appropriate given the size of the settlement fund created, the skill and efficiency of Plaintiffs' counsel in obtaining such a favorable result, the complexity of the litigation, the risk of non-payment, and the time and effort devoted to the case by Plaintiffs' counsel. The reasonableness of the fee is confirmed by a lodestar "cross check" since on a lodestar basis the fee results in a reasonable multiplier of 1.66[3], which is well within the range of multipliers generally

---

each receive an award of $350.00 to compensate them for the time and effort of assisting Plaintiffs' counsel.

[2] The award of $307,392.93 in attorneys' fees would represent approximately 31.5% of the total settlement of $977,000.00.

[3] The 1.66 multiplier was taking the amount of attorneys' fees sought, $307,392.93 and dividing it by $185,186.25 which represents the total lodestar of all Plaintiffs' counsel.

found to be reasonable. Furthermore, the requested expenses are reasonable and were incurred in furtherance of the litigation. Accordingly, the Court should grant Plaintiffs' counsel's application and award the requested attorneys' fees, expenses, and $350 payments to the named Plaintiffs.

## II.    THE COURT SHOULD AWARD THE REQUESTED ATTORNEYS' FEES

It is well-settled that a "lawyer who recovers a common fund for a the benefit of persons other than himself or his client is entitled to a reasonable attorney's fee from the fund as a whole." Boeing Co. v. Van Gemert, 444 U.S. 472, 478 (1980); See also, Lindy Bros. Builders, Inc. v. Am. Radiator & Standard Sanitary Corp., 487 F.2d 161, 165 (3d. Cir. 1973)("The award of fees under the equitable fund doctrine in analogous to an action in quantum meruit:  the individual seeking compensation has, by his actions, benefited another and seeks payment for the value of the service performed.").

Here, Plaintiffs' counsel is seeking a total award of $307,392.93 in attorneys' fees which would represent approximately 31.5% of the total settlement fund of $977,000.00. The Court should approve this fee after considering the following criteria.

### 1.  Awards In Similar Cases

Compared to other fee awards from past settlements, a fee request of 31.5% of the common fund is reasonable and certainly justified by the collective efforts of Plaintiffs' counsel in this case. Although no general rule exists as to what is a reasonable percentage, "fee awards generally range from 19 to 45 percent of the settlement fund." In re Greenwich Pharmaceutical Sec. Litig., 1995 U.S.Dist. LEXIS 5717, *17 (E.D. Pa. 1995). In 2001, the Eastern District of Pennsylvania (a district that handles many class

---

See, Declaration of Brian P. McCafferty attached hereto as **Exhibit "A"** and **Exhibits 1-5** attached to that Declaration.

action cases) reviewed and analyzed 289 settlements and determined that an "average attorney's fee percentage of 31.71%" was awarded with a median that "turns out to be one-third [33.3%]". In re Rite Aid Corp. Securities Litigation, 146 F.Supp. 2d 706, 735 (E.D. Pa. 2001). Plaintiffs' counsels' request for 31.5% of the common fund is consistent with the percentages found to be average and median by the Eastern District of Pennsylvania.

A review of other settlements also establishes that court has awarded percentages well above what Plaintiffs' counsel has requested here. See, Frank v. Eastman Kodak Co., 228 F.R.D. 174, 188-89 (W.D.N.Y. 2005)(approving attorneys' fees representing 38.26% of the total settlement fund); See also, Erie County Retirees Ass'n v. County of Erie, Pennsylvania, 192 F.Supp. 2d 369, 382-83 (W.D. Pa. 2002)(38% of common fund was awarded in ADEA case). Thus, the requested fee award is in line with awards in similar cases and is justified given the contribution of Plaintiffs' counsel to the result achieved.

### 2. Size Of The Fund Created And Number Of Persons Benefited

Through the efforts of Plaintiffs' counsel, a substantial fund of $977,000 has been created for the benefit of the Settlement Class. Over 2000 individual settlement claimants are slated to receive benefits from the settlement fund. See, Memorandum of Law In Support Of Joint Motion For Final Approval of Settlement, page 4, filed October 5, 2007. Both numbers support an award of attorneys fees requested by Plaintiffs' counsel.

### 3. Absence Of Objections Or Opt-Outs From The Class

The reaction of the Class is also significant in gauging the fairness of the fee

requested by Plaintiffs' counsel.  See, Gunter v. Ridgewood Energy Corp., 223 F.3d 190,
199 (3d Cir. 2000).  This factor weighs heavily in favor of approving the fee petition.

As was recently confirmed with the Court, no Settlement Class Members objected
to the settlement or have opted out of the Settlement.  The Settlement Administrator
BrownGreer PLC received no questions for Class Counsel from Settlement Class
Members regarding the settlement.  Thus, the lack of any objections in this case indicates
that the Class supports the Settlement and Plaintiffs' counsel's efforts and favors
approval of their petition for attorneys' fees and costs.

## III.    THE COURT SHOULD AWARD THE REQUESTED COSTS

Plaintiffs' counsel also seeks to be reimbursed for $4,867.07 in costs and
expenses they expended throughout this litigation.  This Court should award those costs
because they are reasonable and were incurred during the successful litigation of this
matter through to settlement.

WHEREFORE, the Plaintiffs' and their Counsel respectfully request that the
Court approve the settlement and award Plaintiffs' counsel $307,392.93 in attorneys'
fees, $4,867.07 in costs and expenses, and $350.00 payments to the named Plaintiffs as
set forth in the proposed Final Judgment And Order.

**Dated**:  October 7, 2007

Respectfully submitted,

/s/ Brian P. McCafferty

Brian P. McCafferty, Esquire
Kenney Egan McCafferty & Young
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099

(610) 940-0284 (fax)

Plaintiffs' Class Counsel

**E-FILED**
Sunday, 07 October, 2007  01:57:08 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **GREGORY CHURCHILL, et al.** | : | |
| **on behalf of themselves and all** | : | |
| **other similarly situated individuals** | : | |
| | : | **Case No. 4:06-CV-4023** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FARMLAND FOODS, INC.,** | : | **CLASS ACTION** |
| | : | |
| | : | **Honorable Michael M. Mihm** |
| **Defendants.** | : | **U.S. District Judge** |
| | : | |

**DECLARATION OF BRIAN P. MCCAFFERTY IN SUPPORT OF
PLAINTIFFS' COUNSELS' REQUEST FOR COURT APPROVAL OF
AN AWARD OF ATTORNEY'S FEES COSTS AND EXPENSES IN
CONNECTION WITH CLASS SETTLEMENT**

I, BRIAN P. MCCAFFERTY, declare as follows:

1. I am a member of the law firm of Kenney Egan McCafferty & Young in Plymouth Meeting, Pennsylvania. As lead counsel in the above-referenced matter, I am submitting this Declaration in support of Plaintiffs' Counsels' Request For Court Approval Of An Award Of Attorney's Fees Costs And Expenses In Connection With Class Settlement.

2. Throughout this litigation, I have not only been the primary legal representative of the class plaintiffs and class members, but I have also coordinated and supervised the efforts of the other law firms and attorneys involved in this matter, including Jairus M. Gilden of Evanston, Illinois, Michael Hamilton of Provost Umphrey Law Firm in Nashville, Tennessee, and Robert D. Metcalf and Richard Kaspari of Metcalf, Kaspari, et al., in Minneapolis, Minnesota. As lead counsel, I submit this

request jointly on behalf of all Plaintiffs' counsel in this matter.

3.    The chart attached hereto as **"Exhibit 1,"** is a summary of time spent by all of the Plaintiffs' attorneys in this matter broken down by law firm, and includes the lodestar calculation based on the respective billing rates of each firm.  Exhibit 1 was prepared at my direction and includes the name of each attorney and paralegal that worked on this matter, their current hourly billing rate and the total hours expended.  The chart was prepared from all of the time and cost records submitted to me by each firm, which records are available for submission to the Court at its request.

4.    As depicted in **Exhibit 2**, my law firm, Kenney Egan McCafferty & Young expended 287.30 hours of attorney time (all billed by the undersigned).  My firm's lodestar is $122,102.50 based on our current customary hourly rates.  Additionally, Kenney Egan McCafferty & Young also seeks reimbursement for $3,551.11 in costs and expenses billed for travel, hotels, meals, filing fees, copying, postage and faxing.

5.    As depicted in **Exhibit 3**, Jairus M. Gilden, Esquire expended 128.70 hours of attorney time.  Attorney Gilden's lodestar is $45,045.00 based on his current customary hourly rates.

6.    As depicted in **Exhibit 4**, Michael Hamilton, Esquire of Provost Umphrey Law Firm expended 36.95 hours of attorney time.  Provost & Umphrey's lodestar is $15,703.75 based on their current customary hourly rates.  Additionally, Provost & Umphrey also seeks reimbursement for $1,315.96 in costs and expenses billed for travel, meals, filing fees and postage.

7.    As depicted in **Exhibit 5**, Robert D. Metcalf, Esquire of Metcalf, Kaspari, Howard, Engdahl & Lazarus, P.A. expended 6.4 hours of attorney time and .50 hours of

paralegal time in this matter. Metcalf Kaspari's lodestar is $2,335.00 based on their current customary hourly rates.

8. As depicted in **Exhibit 1**, the combination of the lodestar of all Plaintiffs' counsel totals $185,186.25. Additionally, Plaintiffs' counsel collectively seek reimbursement of $4,867.07 in costs and expenses.

I declare under penalty of perjury that the foregoing is true based upon my knowledge information and belief.

Dated:  October 7, 2007

Respectfully submitted,

Brian P. McCafferty, Esquire
Kenney Egan McCafferty & Young
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099
(610) 940-0284 (fax)

Plaintiffs' Lead Class Counsel

**E-FILED**
Sunday, 07 October, 2007  01:57:40 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT 1

## 1. Attorney/Firm Name:  Kenney Egan McCafferty & Young

| Timekeeper | Hours | Rate | Total Lodestar |
|---|---|---|---|
| Brian P. McCafferty | 287.30 | $425 per hour | $122,102.50 |

**Total Firm Lodestar: $122,102.50**

**Total Firm Costs and Expenses: $3551.11**

## 2. Attorney/Firm Name:  Jairus M. Gilden

| Timekeeper | Hours | Rate | Total Lodestar |
|---|---|---|---|
| Jairus M. Gilden | 128.70 | $350 per hour | $45,045.00 |

**Total Firm Lodestar: $45,045.00**

## 3. Attorney/Firm Name:  Provost & Umphrey Law Firm, LLP

| Timekeeper | Hours | Rate | Total Lodestar |
|---|---|---|---|
| Michael Hamilton | 36.95 | $425 per hour | $15,703.75 |

**Total Firm Lodestar: $15,703.75**

**Total Firm Costs and Expenses: $1,315.96**

## 4. Attorney/Firm Name:  Metcalf Kaspari, et al.

| Timekeeper | Hours | Rate | Total Lodestar |
|---|---|---|---|
| Robert D. Metcalf | 6.4 | $350 per hour | $2,240.00 |
| Jan Humphrey (paralegal) | .50 | $190.00 per hour | $95.00 |

**Total Firm Lodestar:  $2335.00**


**TOTAL COMBINED LODESTAR OF ALL FIRMS:  $185,186.25**

**TOTAL COMBINED COSTS/EXPENSES OF ALL FIRMS:  $4,867.07**

**E-FILED**
Sunday, 07 October, 2007  01:58:18 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT "2"

# Kenney Egan McCafferty & Young
# ATTORNEY TIMESHEET
# Page 1

| DATE | ATTY | MATTER | TIME | DESCRIPTION |
|---|---|---|---|---|
| 2-8-06 | BPM | Farmland Illinois | 1.6 | Conf. J. Gilden to discuss Illinois wage and hour statute and possible case against Farmland's Monmouth, IL plant. |
| 2-8-06 | BPM | Farmland Illinois | .7 | Review Illinois wage payment collection statute. |
| 2-9-06 | BPM | Farmland Illinois | 1.2 | Research Illinois ethical rules on attorney advertising. |
| 2-20-06 | BPM | Farmland Illinois | 1.4 | Review FLSA opt-ins forms and worker questionnaires to investigate wage and hour practices at Monmouth plant. |
| 2-22-06 | BPM | Farmland Illinois | .8 | Conf. J. Gilden re: upcoming meeting with potential Monmouth clients. |
| 2-28-06 | BPM | Farmland Illinois | 3.1 | Review completed client questionnaires and memo from J. Gilden re: equipment worn at Monmouth plant and Farmland pay practices. |
| 3-8-06 | BPM | Farmland Illinois | 1.4 | Conf. J. Gilden re: results of Monmouth client meeting and investigation. |
| 3-10-06 | BPM | Farmland Illinois | 1.2 | Review expert reports from prior Otumwa, IA Excel and Swift Minnesota FLSA cases; elements of proof for FLSA case. |
| 3-27-06 | BPM | Farmland Illinois | 5.3 | Separate phone interviews with Charles Furman and Jonathan Richards, potential Farmland Plaintiffs. |

| | | | | |
|---|---|---|---|---|
| 3-29-06 | BPM | Farmland Illinois | 5.6 | Confs. Kim Linneman David Bruner and Deborah Anderson, potential Farmland plaintiffs re: individual FLSA and state law claims. |
| 4-10-06 | BPM | Farmland Illinois | 6.2 | Conf. Bob Metcalf re: status of Farmland-Monmouth FLSA investigation; confs. Kelly Hillier and Philllip Paulus re: potential Plaintiffs in Farmland case. |
| 4-11-06 | BPM | Farmland Illinois | 4.0 | Review memo of J. Gilden re: additional potential Plaintiffs and additional information learned about Farmland procedures and pay practices. |
| 4-11-06 | BPM | Farmland Illinois | 3.5 | Review Illinois cases on Illinois Wage Payment Collection law, requirements of proof. |
| 4-12-06 | BPM | Farmland Illinois | 5.2 | Begin drafting Farmland-Monmouth FLSA complaint. |
| 4-13-06 | BPM | Farmland Illinois | 3.6 | Finish first draft of the Monmouth complaint; send to J. Gilden for review; conf. J. Gilden on pleading Illinois state law claims. |
| 4-13-06 | BPM | Farmland Illinois | 2.3 | Conference Elizabeth Bavery, potential Monmouth client re: Farmland wage payment practices and potential claim. |

# Kenney Egan McCafferty & Young
# ATTORNEY TIMESHEET
# Page 2

| DATE | ATTY | MATTER | TIME | DESCRIPTION |
|---|---|---|---|---|
| 4-15-06 | BPM | Farmland Illinois | 2.5 | Revise Monmouth Farmland complaint per J. Gilden's comments. |
| 4-15-06 | BPM | Farmland Illinois | 3.5 | Research and review federal cases on pleading hybrid class actions (FLSA and Rule 23). |
| 4-17-06 | BPM | Farmland Illinois | 3.2 | Finalize complaint, send to J. Gilden for final review, revise per Gilden's comments; overnight mail to court for filing. |
| 4-19-06 | BPM | Farmland Illinois | .3 | Review Judge Mihm's Order requesting additional corporate information for Farmland to be added to the Complaint. |
| 4-23-06 | BPM | Farmland Illinois | .8 | Conf. J. Gilden re: Judge Mihm's Order and adding additional plaintiffs to complaint. |
| 4-26-06 | BPM | Farmland Illinois | 1.7 | Draft and file Supplemental Complaint in compliance with Judge Mihm's Order; conf. J. Gilden re: supplemental complaint. |
| 4-28-06 | BPM | Farmland Illinois | 1.1 | Review Farmland Employee handbook sent by J. Gilden that was obtained from one of the Plaintiffs. |
| 4-28-06 | BPM | Farmland Illinois | .6 | Conf. Tony Patro, Farmland employee re: potential maintenance department claim. |
| 5-2-06 | BPM | Farmland Illinois | 1.3 | Phone calls Katie Bobcock and Kathy Hillier re: status of case. |
| 5-5-06 | BPM | Farmland Illinois | 1.5 | Conf. Luanna Johnson, Farmland employee and potential additional Farmland plaintiff re: individual |

| | | | | |
|---|---|---|---|---|
| | | | | FLSA and state law claims. |
| 5-11-06 | BPM | Farmland Illinois | .5 | Conf.  Charles Furman re:  status of Farmland case. |
| 5-18-06 | BPM | Farmland Illinois | 2.0 | Conf. Robert McIntyre re:  possible additional Plaintiff; review of his individual claim and explain status of case to this point. |
| 5-19-06 | BPM | Farmland Illinois | .8 | Confs. Melissa Moore and Jonathan Richards re:  status of case. |
| 5-23-06 | BPM | Farmland Illinois | .6 | Conf. J. Gilden re:  recent discussions with additional Plaintiffs; status of service on Farmland. |
| 5-31-06 | BPM | Farmland Illinois | 1.1 | Begin reviewing Farmland, Inc.'s Motion to Dismiss based on lack of jurisdiction. |
| 6-1-06 | BPM | Farmland Illinois | 4.4 | Review Farmland's motion to dismiss and exhibits re:  Farmland bankruptcy; conf. J. Gilden re: strategy for responding to motion to dismiss. |

# Kenney Egan McCafferty & Young
# ATTORNEY TIMESHEET
# Page 3

| DATE | ATTY | MATTER | TIME | DESCRIPTION |
|---|---|---|---|---|
| 6-6-06 | BPM | Farmland Illinois | .7 | Conf.  Farmland's counsel re: motion to dismiss and whether Farmland that filed motion still operates the Monmouth plant. |
| 6-13-06 | BPM | Farmland Illinois | 3.1 | Begin drafting response to JP Morgan (Farmland Foods) motion to dismiss. |
| 6-14-06 | BPM | Farmland Illinois | 3.6 | Finish and file response to JP Morgan's motion to dismiss papers re:  bankruptcy of Kansas company Farmland Foods. |
| 6-16-06 | BPM | Farmland Illinois | 1.7 | Draft and file Amended Complaint replacing bankrupt Kansas Farmland Foods as Defendant with Smithfield subsidiary Farmland Foods. |
| 6-19-06 | BPM | Farmland Illinois | .3 | Review Judge Mihm's Order ruling motion to dismiss is moot and permitting the substitution of new Farmland defendant. |
| 6-21-06 | BPM | Farmland Illinois | 1.6 | Review recent Department of Labor letter opinions on compensability of donning and doffing "non-unique" equipment; conf. J. Gilden re: same. |
| 6-22-06 | BPM | Farmland Illinois | 1.1 | Review Department of Labor opinions on wage deductions for tools and computing bonuses on overtime basis sent by J. Gilden. |
| 6-28-06 | BPM | Farmland Illinois | .6 | Conf. Michelle Darmer re:  status of case and upcoming meeting with |

| | | | | |
|---|---|---|---|---|
| | | | | **Farmland Plaintiffs.** |
| 8-9-06 | BPM | Farmland Illinois | .4 | Conf. Farmland's counsel re: additional time to file answer to complaint. |
| 8-9-06 | BPM | Farmland Illinois | .4 | Conf. Jay Gilden re:  discussions with Smithfield's counsel. |
| 8-18-06 | BPM | Farmland Illinois | .8 | Review Farmland's motion for additional time to file answer and subsequent Order granting motion. |
| 8-16-06 | BPM | Farmland Illinois | 1.7 | Draft and send letters to all Farmland clients re:  status of case and setting up meeting with clients in Monmouth, IL. |
| 8-24-06 | BPM | Farmland Illinois | 1.3 | Confs. Greg Churchill and Jonathan Richards re:  August 16, 2006 letter and planned meeting. |
| 8-25-06 | BPM | Farmland Illinois | 1.0 | Confs.  Robert DeLoach and Sandra Crews re:  planned meeting with Plaintiffs in Monmouth. |
| 8-28-06 | BPM | Farmland Illinois | .8 | Conf. Charles Furman re:  planned plaintiff meeting in Monmouth. |
| 8-30-06 | BPM | Farmland Illinois | 1.4 | Confs. Michelle Darmer and Tracy Cassiday re:  Monmouth meeting. |

# Kenney Egan McCafferty & Young
# ATTORNEY TIMESHEET
# Page 4

| DATE | ATTY | MATTER | TIME | DESCRIPTION |
|---|---|---|---|---|
| 9-6-06 | BPM | Farmland Illinois | .4 | Conf. Jay Gilden re: planned meeting with Monmouth plaintiffs. |
| 9-10-06 | BPM | Farmland Illinois | 8.5 | Travel from Philadelphia to Monmouth, Ilinois (through Chicago) to meeting Monmouth plaintiffs. |
| 9-10-06 | BPM | Farmland Illinois | 1.6 | Meeting with Monmouth plaintiffs to discuss status of the case and possible outcomes and to confirm information regarding Farmland pay practices. |
| 9-11-06 | BPM | Farmland Illinois | 8.5 | Travel from Monmouth, IL to Philadelphia, PA (through Chicago) returning from meeting with clients. |
| 9-12-06 | BPM | Farmland Illinois | 2.7 | Review answers and affirmative defenses pled by Farmland's counsel; review complaint; conf. Farmland's counsel re: proposed discovery schedule. |
| 9-20-06 | BPM | Farmland Illinois | .7 | Initial Status Conference with Court; review order from Court setting deadlines. |
| 9-22-06 | BPM | Farmland Illinois | .8 | Review questionnaire from Bradley Dennis, potential additional Plaintiff. |
| 9-25-06 | BPM | Farmland Illinois | .6 | Phone call Matt Cole re: possible addition as named Plaintiff to case. |
| 9-26-06 | BPM | Farmland Illinois | .4 | Conf. Michelle Darmer re: location of potential former line supervisors as witnesses. |
| 10-3- | BPM | Farmland | 1.4 | Review Jay Gilden's memo re: |

| | | | | |
|---|---|---|---|---|
| 06 | | Illinois | | supervisor witnesses. |
| 10-9-06 | BPM | Farmland Illinois | 2.4 | Phone calls to former Farmland line supervisors re: Farmland pay practices and willingness to be witnesses in federal court litigation. |
| 10-10-06 | BPM | Farmland Illinois | 1.5 | Phone calls to former Farmland line supervisors re: potential witnesses in Farmland case. |
| 10-13-06 | BPM | Farmland Illinois | .3 | Draft and file Notice of Change of Appearance. |
| 10-25-06 | BPM | Farmland Illinois | .5 | Conf. Jonathan Richards re: change of address and contact information and status of case. |
| 10-28-06 | BPM | Farmland Illinois | .4 | Conf. Charles Furman re: status of case. |
| 11-8-06 | BPM | Farmland Illinois | .6 | Conf. Greg Churchill re: change of address and status of case. |

# Kenney Egan McCafferty & Young
# ATTORNEY TIMESHEET
# Page 5

| DATE | ATTY | MATTER | TIME | DESCRIPTION |
|---|---|---|---|---|
| 11-21-06 | BPM | Farmland Illinois | 3.5 | Begin drafting interrogatories and document requests in the Farmland, IL case. |
| 11-27-06 | BPM | Farmland Illinois | 4.2 | Review Farmland's Answer to draft contention interrogatories and document requests; send out discovery with letter to Farmland's counsel. |
| 11-28-06 | BPM | Farmland Illinois | .4 | Conf. Farmland's counsel to discuss logistics of scheduling Farmland plant inspection. |
| 12-6-06 | BPM | Farmland Illinois | 6.5 | Travel from Plainwell, MI to Monmouth, IL (through Chicago) to attend Farmland plant inspection. |
| 12-7-06 | BPM | Farmland Illinois | 5.0 | Plant inspection of Farmland's Monmouth, IL facility. |
| 12-7-06 | BPM | Farmland Illinois | 7.0 | Travel from Monmouth, IL to Philadelphia, PA returning from plant inspection. |
| 12-11-06 | BPM | Farmland Illinois | 1.8 | Draft memo to file re: observations made at the Farmland plant inspection. |
| 12-15-06 | BPM | Farmland Illinois | 4.1 | Draft 3-page letter to all Plaintiffs re: plant inspection and requesting confirmation of Farmland "reengineering" and payment of 6 minutes per day for donning and doffing activities. |
| 12-18-06 | BPM | Farmland Illinois | .7 | Conf. Blair Hanzlik re: joint motion to extend deadlines; review Hanzlik's draft of agreed motion to |

| | | | | |
|---|---|---|---|---|
| | | | | extend deadline. |
| 12-21-06 | BPM | Farmland Illinois | 2.4 | Confs. Charles Furman and Katie Babcock re: Farmland's claims re: reengineering to eliminate employee washing of PPE and payment of time for donning and doffing. |
| 12-22-06 | BPM | Farmland Illinois | 1.7 | Confs. Andrew Wren and Jason Smith re: Farmland's reengineering claims. |
| 12-27-06 | BPM | Farmland Illinois | .2 | Review filed agreed motion to extend deadlines. |
| 12-28-06 | BPM | Farmland Illinois | .2 | Review Court's Order on motion to extend deadlines. |
| 12-29-06 | BPM | Farmland Illinois | 2.4 | Review proposed Rule 408 letter from Blair Hanzlik agreeing to confidentiality on information discussed during settlement negotiations; review draft of agreed protective order. |
| 1-2-07 | BPM | Farmland Illinois | 6.4 | Review Farmland documentation re: PPE and past time studies disclosed as part of settlement discussions; send comments to Blair Hanzlik on proposed protective order. |
| 1-3-06 | BPM | Farmland Illinois | 5.3 | Draft potential damage models for January 4, 2007 settlement meeting with Smithfield's counsel in Philadelphia; finalize agreed protective order for filing with court. |

# Kenney Egan McCafferty & Young
# ATTORNEY TIMESHEET
# Page 6

| DATE | ATTY | MATTER | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1-4-07 | BPM | Farmland Illinois | 7.0 | Settlement discussions with Smithfield's counsel; conf. Mike Hamilton re: progress of discussions and related legal issues; research FLSA cases on "willfulness" and liquidated damages issues. |
| 1-5-07 | BPM | Farmland Illinois | 5.5 | Continued settlement discussions with Smithfield's counsel in Philadelphia. |
| 1-8-07 | BPM | Farmland Illinois | .4 | Conf. Shannon McClure to schedule additional settlement meeting. |
| 1-11-07 | BPM | Farmland Illinois | 3.8 | Prepare for Jan. 12 settlement meeting; compile damage calculations based on Farmland's and Plaintiffs' settlement proposals. |
| 1-12-07 | BPM | Farmland Illinois | 4.2 | Settlement meeting in Philadelphia to reach tentative settlement. |
| 1-16-07 | BPM | Farmland Illinois | .5 | Conf. Shannon McClure re: details to be worked into settlement agreement. |
| 1-24-07 | BPM | Farmland Illinois | .5 | Conf. Blair Hanzlik to discuss extension of time to respond to discovery; review letter re: same. |
| 1-26-07 | BPM | Farmland Illinois | 1.2 | Conf. Jay Gilden and Charles Furman re: case status. |
| 2-6-07 | BPM | Farmland Illinois | 1.5 | Conference call Shannon McClure re: Farmland settlement agreement terms. |
| 2-9-07 | BPM | Farmland Illinois | .8 | Conf. Call Smithfield's counsel re: Farmland settlement agreement |

| | | | | issues. |
|---|---|---|---|---|
| 2-12-07 | BPM | Farmland Illinois | 4.5 | Review first draft of the Farmland settlement agreement. |
| 2-13-07 | BPM | Farmland Illinois | .8 | Draft e-mail to Shannon McClure re: suggested changes to draft Farmland settlement agreement. |
| 2-16-07 | BPM | Farmland Illinois | 1.0 | Conf. Call with Farmland's counsel to discuss suggested changes to settlement agreement. |
| 2-21-07 | BPM | Farmland Illinois | .7 | Conf. Call with Farmland's counsel to discuss suggested changes to settlement agreement. |
| 2-23-07 | BPM | Farmland Illinois | 3.2 | Review revised draft of the Farmland settlement agreement; conf. Shannon McClure re: same. |
| 2-27-07 | BPM | Farmland Illinois | 1.3 | Conf. Call with Farmland's counsel to discuss suggested changes to settlement agreement. |

# Kenney Egan McCafferty & Young
# ATTORNEY TIMESHEET
# Page 7

| DATE | ATTY | MATTER | TIME | DESCRIPTION |
|---|---|---|---|---|
| 3-5-07 | BPM | Farmland Illinois | 1.5 | Review revised version of settlement agreement |
| 3-23-07 | BPM | Farmland Illinois | 1.8 | E-Mail S. McClure re:  changes to settlement agreement; review amended Farmland settlement agreement. |
| 3-26-07 | BPM | Farmland Illinois | 3.1 | E-Mail S. McClure re:  final signed Farmland settlement agreement; review and sign settlement agreement. |
| 3-29-07 | BPM | Farmland Illinois | .2 | Review correspondence from S. McClure re:  Farmland settlement issue. |
| 4-9-07 | BPM | Farmland Illinois | .2 | E-Mail S. McClure re: conference call to discuss status of Smithfield settlements. |
| 4-10-07 | BPM | Farmland Illinois | .5 | Conf. Shannon McClure re:  status of Smithfield settlements. |
| 4-13-07 | BPM | Farmland Illinois | 9.0 | Travel to Monmouth, IL to meet with Named Plaintiffs and review terms of settlement. |
| 4-14-07 | BPM | Farmland Illinois | 7.5 | Travel from Monmouth to Philadelphia, PA returning from meeting with Plaintiffs. |
| 4-16-07 | BPM | Farmland Illinois | .8 | Conf. S. McClure re:  issues regarding Farmland management discussing settlement with employees including Plaintiffs. |
| 4-16-07 | BPM | Farmland Illinois | .2 | Review e-mail from S. McClure re: number of Farmland class members eligible to participate in settlement. |

| 4-20-07 | BPM | Farmland Illinois | 4.5 | Research Seventh Circuit cases on Rule 23 settlement requirements. |
|---|---|---|---|---|
| 4-24-07 | BPM | Farmland Illinois | 3.8 | Begin drafting Motion For Preliminary Approval of Class Settlement. |
| 4-25-07 | BPM | Farmland Illinois | 8.0 | Continue drafting Motion For Preliminary Approval of Class Settlement and related documents. |
| 4-26-07 | BPM | Farmland Illinois | 2.7 | Finish drafting motion for preliminary approval of class settlement. |
| 4-26-07 | BPM | Farmland Illinois | 3.2 | Review proposed stipulation of facts for settlement approval papers; conf. Shannon McClure re: same. |
| 4-27-07 | BPM | Farmland Illinois | 2.3 | Review proposed notice and discuss with Shannon McClure. |

# Kenney Egan McCafferty & Young
# ATTORNEY TIMESHEET
# Page 8

| DATE | ATTY | MATTER | TIME | DESCRIPTION |
|---|---|---|---|---|
| 5-2-07 | BPM | Farmland Illinois | .4 | Conf. S. McClure and Blair Hanzlik re: Farmland's review of joint motion for preliminary approval of settlement. |
| 5-3-07 | BPM | Farmland Illinois | 3.8 | Final review and filing of all documents related to Motion For Preliminary Approval of Settlement. |
| 5-9-07 | BPM | Farmland Illinois | .2 | Review Court's Order permitting filing of document under seal. |
| 5-14-07 | BPM | Farmland Illinois | .3 | Exchange e-mails with S. McClure re: scheduling of Farmland settlement preliminary approval hearing. |
| 5-15-07 | BPM | Farmland Illinois | .2 | Review Notice of Preliminary Approval Hearing with the Court. |
| 5-20-07 | BPM | Farmland Illinois | .5 | Conf. Shannon McClure re: prep for preliminary approval hearing. |
| 5-21-07 | BPM | Farmland Illinois | 1.2 | Prepare for and participate in preliminary approval hearing with the Court via telephone. |
| 5-24-07 | BPM | Farmland Illinois | 1.5 | Review revised settlement documents to be submitted to the Court per Judge Mihm's recommendations. |
| 5-30-07 | BPM | Farmland Illinois | .5 | Review Judge Mihm's Order preliminary approving settlement; conf. S. McClure re: same. |
| 6-26-07 | BPM | Farmland Illinois | 2.0 | Conf. S. McClure and Mark Kummerlein re: Notice that Farmland wants to post at plant re: settlement; review drafts of notice. |

| 6-27-07 | BPM | Farmland Illinois | .2 | Review Court's Order on motion for miscellaneous relief to distribute supplemental letter to class. |
|---------|-----|-------------------|-----|--------------------------------------------|
| 7-12-07 | BPM | Farmland Illinois | .4 | Review e-mail from S. McClure re: need to re-send notices to certain employees. |
| 8-6-07 | BPM | Farmland Illinois | 1.0 | Review notice of compliance with Preliminary Approval Order and related papers. |
| 8-9-07 | BPM | Farmland Illinois | .5 | Review and approve BrownGreer invoice for settlement administration services. |
| 8-14-07 | BPM | Farmland Illinois | 1.2 | Conf. Kim Linneman and Greg Churchill re: settlement notice and explanation of the settlement. |
| 8-15-07 | BPM | Farmland Illinois | .3 | E-Mail Shannon McClure with new addresses for several named Plaintiffs. |

# Kenney Egan McCafferty & Young
# ATTORNEY TIMESHEET
# Page 9

| DATE | ATTY | MATTER | TIME | DESCRIPTION |
|---|---|---|---|---|
| 8-20-07 | BPM | Farmland Illinois | .4 | Conf. Jonathan Richard re: settlement terms. |
| 9-5-07 | BPM | Farmland Illinois | .3 | E-Mails to S. McClure and BrownGreer re: new addresses for named Plaintiffs. |
| 9-19-07 | BPM | Farmland Illinois | .3 | Review E-Mail from S. McClure re: status of objections or opt-outs to settlement and expiration of deadline to object. |
| 10-2-07 | BPM | Farmland Illinois | .6 | E-Mail S. McClure to obtain permission to file motion to extend time to file fee petition; draft motion to extend and file with the Court. |
| 10-5-07 | BPM | Farmland Illinois | 2.2 | Review Motion and related documents for Final Approval of the Settlement. |
| 10-6-07 | BPM | Farmland Illinois | 3.5 | Draft Plaintiffs' submission seeking approval of award of attorneys fees and costs. |

# Total Attorney time:

# Brian McCafferty:  287.3 hours

**Value of Attorney time:  287.3 hours x $425 an hour = $122,102.50**

## **List of Farmland-Illinois Costs-Kenney Egan McCafferty & Young**

<u>One-Time Costs</u>

March 8, 2006: Jay Gilden travel expenses to Monmouth, IL to interview Potential Plaintiffs: $159.39

April 17, 2006:  Federal Court Filing Fee: $350.00

April 17, 2006: UPS Shipping: $21.83

April 20, 2006:  Jay Gilden travel expenses to Monmouth, IL to interview Potential Plaintiffs: $340.62

April 28, 2006: Court Admission Filing Fee: $185.00

September 10, 2006: US Airways-Philadelphia to Chicago: $228.00

September 11, 2006:  Hotel/Monmouth Inn and Suites Inn, Monmouth, IL: $86.94

September 11, 2006:  Hotel/Monmouth Inn and Suites Inn, Monmouth, IL: $85.94 (for Jay Gilden).

September 13, 2006: Hertz Rent-A-Car: $229.82

December 5, 2006:  Hotel/Hyatt Regency, Chicago, IL: $252.73

December 5, 2006: Meal/Hyatt Regency, Chicago, IL: $30.32

December 6, 2006: Driving Milage: $102.82 (212 miles x. .485 per mile)

December 6, 2006: Meal/Cerar's Barnstormer, Monmouth, IL: $22.14

December 6, 2006:  Hotel/Monmouth Inn and Suites Inn, Monmouth, IL: $85.94

December 7, 2006: Taxi- Chicago, IL: $60.00

December 7, 2006: Meal/Chicago, IL: $38.70

December 11, 2006: Airport Parking: $78.10

Janaury 5, 2007: Parking-Philadelphia: $24.00

April 13, 2006: US Airways-Philadelphia to Chicago: $318.00

April 13, 2007: Meal/Cerar's Barnstormer, Monmouth, IL: $42.81

April 14, 2007:  Hotel/Monmouth Inn and Suites Inn, Monmouth, IL: $171.88.

KEMY Firm Costs:

Total Firm Copies: 1828 x .25 per copy: $457.00

Total Firm Faxes: 101 pages x 1.00 per page: $101.00

Total Firm Telephone: $78.13

## TOTAL KEMY COSTS: $3551.11

E-FILED
Sunday, 07 October, 2007  01:58:39 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT "3"

**TIME REPORT**

Jairus M. Gilden
Attorney-at-Law
Of Counsel
METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A
333 Parkdale Plaza
1660 South Highway 100
**Gregory Churchill, et al. v. Farmland Foods, Inc.**
**Case No. 4:06-CV-4023**

| Date | Activity | Time | Amount |
|------|----------|------|--------|
| 02/08/06 | Research Illinois state wage collection law, T/c w co-counsel | 2.25 | 787.50 |
| 02/16/06 | T/c w R. Metcalf | 0.15 | 52.50 |
| 02/17/06 | Research client sources | 2.75 | 962.50 |
| 02/20/06 | Draft Farmland consents, client questionnaires and fee agreements | 5.75 | 2,012.50 |
| 02/22/06 | Travel to Monmouth to investigate Farmland claims, interview witnesses | 8.25 | 2,887.50 |
| 02/23/06 | Interview witnesses, return from Monmouth | 14.25 | 4,987.50 |
| 03/08/06 | Discuss litigation strategy w co-counsel, review expert reports in prior cases | 1.75 | 612.50 |
| 03/10/06 | Review advertising material, correspond w co-counsel | 1.25 | 437.50 |
| 03/15/06 | T/c w R. Metcalf | 0.20 | 70.00 |
| 03/28/06 | Revise client questionnaire, T/c w potential client | 1.25 | 437.50 |
| 03/29/06 | T/c w potential client | 0.75 | 262.50 |
| 03/31/06 | T/c w R. Metcalf | 0.50 | 175.00 |
| 04/04/06 | T/cs to client contacts and interviews | 2.75 | 962.50 |
| 04/05/06 | Revise client documents and T/cs from clients | 2.75 | 962.50 |
| 04/06/06 | Travel to Monmouth, interview clients | 14.00 | 4,900.00 |
| 04/07/06 | Review notes from client interviews, prepare reports, return from Monmouth | 13.50 | 4,725.00 |
| 04/07/06 | T/c w R. Metcalf | 0.50 | 175.00 |
| 04/08/06 | Draft memo to co-counsel, summarize interview results, prepare mailing | 6.45 | 2,257.50 |
| 04/13/06 | Revise draft complaint, correspond w co-counsel, T/c w co-counsel | 2.75 | 962.50 |
| 04/17/06 | Revise and finalize complaint, discuss filing w co-counsel, T/cs from client | 3.25 | 1,137.50 |
| 04/20/06 | Prepare Farmland expense report | 0.75 | 262.50 |
| 04/23/06 | Review Farmland handbook, review client time records, review court order, correspond w co-counsel | 2.25 | 787.50 |
| 05/25/06 | T/c w R. Metcalf | 0.60 | 210.00 |
| 04/26/06 | T/c w co-counsel re supplemental complaint | 1.00 | 350.00 |
| 04/27/06 | T/c w R. Metcalf | 0.30 | 105.00 |
| 04/28/06 | T/c w co-counsel, prepare notes from T/c, revise client questionnaire, correspond w potential client | 1.75 | 612.50 |
| 05/23/06 | Correspond w co-counsel, correspond w plaintiffs | 0.75 | 262.50 |
| 05/25/06 | Correspond w potential plaintiff | 0.50 | 175.00 |
| 05/20/06 | T/c w potential plaintiff to review questionnaire | 1.75 | 612.50 |
| 05/31/06 | Review defendant's motion to dismiss | 1.00 | 350.00 |
| 06/01/06 | Investigate issues raised by motion to dismiss | 1.75 | 612.50 |
| 06/09/06 | T/c w potential clients, prepare documents for potential clients | 0.50 | 175.00 |
| 06/19/06 | T/c to potential client, review questionnaire | 0.75 | 262.50 |
| 08/09/06 | Review client documents, correspond w co-counsel | 1.25 | 437.50 |
| 09/06/06 | Prepare for meetings in Monmouth w clients | 0.75 | 262.50 |
| 09/10/06 | Travel to Monmouth, meet w clients | 7.50 | 2,625.00 |
| 09/11/06 | Return from client meetings | 3.50 | 1,225.00 |
| 09/21/06 | Review documents received from client | 0.75 | 262.50 |
| 10/02/06 | Research and write memo on locations of potential witnesses | 2.75 | 962.50 |
| 03/28/07 | Discuss settlement w co-counsel | 0.50 | 175.00 |
| 04/13/07 | Travel to Monmouth to meet clients re settlement | 5.75 | 2,012.50 |

| Date | Activity | Time | Amount |
|------|----------|------|--------|
| 04/15/07 | Return to Chicago from Monmouth | 3.25 | 1,137.50 |
| 05/21/07 | Prepare hours report for fee petition | 1.00 | 350.00 |
| 05/30/07 | Review amended Exhibits to Joint Motion for Class Cert. and Prelim. Appr. Order | 1.75 | 612.50 |
| 09/21/07 | Prepare time & expense report for fee petition | 1.25 | 437.50 |
| | | | |
| | **Total** | **128.70** | 45,045.00 |

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Jairus Gilden | 128.70 | 350.00 | 45,045.00 |

Total Current Work                45,045.00
**Balance Due**                **45,045.00**

E-FILED
Sunday, 07 October, 2007  01:59:01 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT "4"

**Provost and Umphrey Law Firm, LLP**

3343 Perimeter Hill, Suite 110
Nashville, Tennessee  37211                                   **Prebill**
Phone (615) 242-0199   Fax (615) 256-5922
74-1820254

_____

Churchill, Gregory  et al.,
1018 N. 6th Street Apt. D-5
Monmouth, Il  61462

Fee: 33 1/3%  (Fee Share).   Ref. Atty. Jay Gilden  (add: 2711 Eastwood Ave. Evanston, Il. 60201)  Ph: 847-328-8542.   Per file open sheet-Jay is a friend and a fellow union lawyer.   Keep time for fee application above recovery.

---

**Re:** Farmland Foods, Inc., a Subsidiary of Smithfield Foods (adv) (NA0261-1)

Collective action for unpaid wages

Professional Services Through  9/30/07
As per Time Exhibit Attached......................................................................................  $15,703.75

Costs Through 9/30/07

| Date | Num | Description | Amount |
|---|---|---|---|
| 12/14/06 | 860 | Appellate Court Clerk | 25.00 |
| 12/18/06 | 863 | U. S. District Clerk | 185.00 |
| 1/4/07 | 409136 | American Express 11/06 MICHAEL HAMILTON | 128.20 |
| 1/17/07 | 410766 | Michael Hamilton | 89.91 |
| 1/31/07 | 411459 | American Express 12/06 MICHAEL HAMILTON | 64.05 |
| 1/31/07 | 411459 | American Express 12/06 MICHAEL HAMILTON | 85.94 |
| 1/31/07 | 411459 | American Express 12/06 MICHAEL HAMILTON | 183.94 |
| 1/31/07 | 411459 | American Express 12/06 MICHAEL HAMILTON | 22.63 |
| 1/31/07 | 411459 | American Express 12/06 MICHAEL HAMILTON | 12.60 |
| 1/31/07 | 411459 | American Express 12/06 MICHAEL HAMILTON | 163.65 |
| 2/23/07 | 411838 | American Express 01/07 MICHAEL HAMILTON | 354.26 |
| | | Postage | 0.78 |

---

Total Costs.............................................................................................................. $1,315.96

Total Invoice........................................................................................................ $17,019.71

### Time Exhibit

Re: Farmland Foods, Inc., a Subsidiary of Smithfield Foods (adv)  (NA0261-1)                **Prebill**
Invoice for services rendered through 09/30/07

| Date | Work Description | Hours | Initials |
|---|---|---|---|
| 11/26/06 | Review Complaint and Plaintiffs written discovery | 1.00 | WMH |
| 2/1/07 | Travel to Monmouth, Illinois for plant inspection (12/6/06) | 4.00 | WMH |
| 2/1/07 | Plant inspection; travel to Nashville (12/7/06) | 9.50 | WMH |
| 2/1/07 | Draft Motion for Admission Pro Hac Vice and Affidavit (12/8/07) | 0.75 | WMH |
| 2/1/07 | Meeting with co-counsel in preparation for settlement meeting; settlement conference.  (1/4/07) | 9.00 | WMH |
| 2/1/07 | Meeting with co-counsel; attend settlement conference; travel to Nashville (1/5/07) | 9.00 | WMH |
| 2/1/07 | Settlement conference call (1/12/07) | 1.00 | WMH |
| 2/1/07 | Draft Notice of Appearance; file same (1/25/07) | 0.25 | WMH |
| 6/1/07 | Conference call with Court and approval of settlement class and preliminary Approval of settlement. ( 5/21/07) | 1.00 | WMH |
| 6/1/07 | Review revised settlement papers based on Preliminary Approval Hearing (5/23/07) | 1.25 | WMH |
| 6/1/07 | Review Preliminary Approval Order of 5/30/07. (5/31/07) | 0.20 | WMH |
| | **Total Hours** | **36.95** | |

### Charges Exhibit

Re: Farmland Foods, Inc., a Subsidiary of Smithfield Foods (adv)  (NA0261-1)       **Prebill**
Invoice for charges rendered through 09/30/07

| Date | Charge Description | Amount | |
|------|-------------------|--------|---|
| 11/30/06 | Postage: Postage | 0.39 | 991800 |
| 2/26/07 | Postage: Postage (12/11/06) | 0.39 | 991800 |
| | **Total** | **0.78** | |

## Time Allocation Exhibit

Re: Farmland Foods, Inc., a Subsidiary of Smithfield Foods (adv)  (NA0261-1)          **Prebill**

Invoice for services rendered through 09/30/07

| Allocation Description | Hours | Rate | Fee | Initials |
|---|---|---|---|---|
| Non-equity Partner | 36.95 | 425.00 | $15,703.75 | WMH |
| **Totals** | **36.95** | | **$15,703.75** | |

**Provost and Umphrey Law Firm, LLP**

**Billing Transmittal**

Prebill

_____

Churchill, Gregory et al.,
1018 N. 6th Street Apt. D-5
Monmouth, Il 61462

**Re:** Farmland Foods, Inc., a Subsidiary of Smithfield Foods (adv) (NA0261-1)
Collective action for unpaid wages

| | | | |
|---|---|---|---|
| Billing Timekeeper | WMH | Area of Law Code | 524 |
| Responsible Timekeeper | WMH | Date Opened | 11/28/06 |
| Supervising Timekeeper | WMH | Final Billed Date | |
| Originating Timekeeper | WMH | Bank | 0111 |

| | Through | Prebill Totals | Prior Totals |
|---|---|---|---|
| **Fees Billed** | 9/30/07 | 15,703.75 | |
| **Costs Billed** | 9/30/07 | 1,315.96 | |
| **Other Billed** | | 0.00 | |
| **Receipts** | | | |
| **Adjustments** | | | |
| **Balance Due** | | 17,019.71 | |
| **Trust Balance** | | | |
| **Accomodation Loans** (principal only) | | | |

**Billing Instructions:**

Prepare an invoice (changes are not required) ............................................. _____
Prepare an invoice after making attached changes ...................................... _____
Prepare a new prebill after making attached changes ................................. _____
Do not bill - Void this prebill .................................................................... _____

---

**Prebill by jpf**                                                    **9/24/07 03:21 PM**

E-FILED
Sunday, 07 October, 2007  01:59:19 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT "5"

METCALF, KASPARI, HOWARD, ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN  55416-1573
952-591-9444

Gregory Churchill, et al.

Page: 1
09/24/07
ACCOUNT NO: 349-4788000C

Farmland Foods, Inc., Monmouth, IL - FLSA

DRAFT STATEMENT

|  |  | HOURS |  |
|---|---|---|---|
| 02/16/06 |  |  |  |
| RDM | Telephone call with Jay Gilden; find & transmit consent/retainer documents to Gilden | .20 | 70.00 |
| 03/15/06 |  |  |  |
| RDM | Telephone call with Gilden | .20 | 70.00 |
| 03/31/06 |  |  |  |
| RDM | Telephone call with Gilden | .50 | 175.00 |
| 04/07/06 |  |  |  |
| RDM | Legal research; telephone call with Jay Gilden | 1.80 | 630.00 |
| 04/10/06 |  |  |  |
| RDM | Telephone call with Brian McCafferty | .20 | 70.00 |
| 04/13/06 |  |  |  |
| RDM | Telephone calls with Gilden; research | 1.00 | 350.00 |
| 04/27/06 |  |  |  |
| RDM | Telephone call with Gilden | .30 | 105.00 |
| 11/02/06 |  |  |  |
| RDM | Review fee agreement; emails to Gilden, Kaspari, Howard | .40 | 140.00 |
| 12/02/06 |  |  |  |
| RDM | Review retainer agreement; e-mail Brian McCafferty & Jay Gilden | .20 | 70.00 |
| 01/14/07 |  |  |  |
| JEH | ECF court website search for case court docket sheet and court information to put in Master Index; Enter case status information onto Master Index; File organization and maintenance | .50 | 95.00 |

Page: 2

Gregory Churchill, et al.                                    09/24/07
                                              ACCOUNT NO: 349-4788000C
Farmland Foods, Inc., Monmouth, IL - FLSA

                                                    HOURS

07/24/07
     RDM Review                                      .10      35.00

09/13/07
     RDM Review time records & email                 .30     105.00

09/18/07
     RDM Retrieve & review time records              .40     140.00

09/19/07
     RDM Review re: time records; email Brian McCafferty   .20   70.00

09/20/07
     RDM Email McCafferty                            .10      35.00

09/21/07
     RDM Review Gilden time records                  .20      70.00

09/24/07
     RDM Review & finalize preparation of time records  .30  105.00
                                                    ----    -------
          FOR CURRENT SERVICES RENDERED             6.90    2335.00

                                    *
                                    -
     TIMEKEEPER            HOURS     HOURLY RATE        TOTAL
     ----------            -----     -----------        -----
     Robert D. Metcalf      6.40       $350.00        $2,240.00
     Lgl Ast Jan Humphrey   0.50       $190.00           $95.00

          TOTAL CURRENT WORK                            2335.00

          BALANCE DUE                                 $2,335.00
                                                      ========