## CERTIFICATE OF SERVICE

I, Brian P. McCafferty, hereby certify that on October 6, 2007, I electronically filed the foregoing Plaintiffs' Motion For Approval of Attorneys Fees with the Clerk of Court using the CM/ECF system which sent notification of such to the following counsel for Defendant Farmland Foods, Inc.:

Blair Hanzlik, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

None.

/s/ Brian P. McCafferty
_____
Brian P. McCafferty

Dated: October 12, 2007