E-FILED
Friday, 19 October, 2007  08:20:23 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION



| | |
|---|---|
| GREGORY CHURCHILL, et al. on behalf of themselves and all other similarly situated individuals | |
| Plaintiffs, | Case No. 4:06-CV-4023 |
| v. | |
| FARMLAND FOODS, INC., | CLASS ACTION<br>Honorable Michael M. Mihm |
| Defendant. | U.S. District Judge |

### NOTICE OF APPEARANCE

NOTICE is hereby given that Shannon Elise McClure, Esq., admitted as an attorney of this court on May 25, 2007, enters her appearance on behalf of Defendant Farmland Foods, Inc. in this action.

Dated: October 19, 2007

Shannon E. McClure, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100
(215) 851-1420 (fax)
smcclure@reedsmith.com
*Counsel for Farmland Foods, Inc.*

## **CERTIFICATE OF SERVICE**

   I, Shannon Elise McClure, an attorney, hereby certify that on October 19, 2007, I caused a copy of the foregoing Notice of Appearance to be filed personally with the Clerk of Court in Rock Island, Illinois. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court system. I also hereby certify that I have provided notice of this filing by placing a copy in the United States Mail, proper postage prepaid, before 5:00 pm on October 19, 2007.

  Jairus M. Gilden
  2711 Eastwood Avenue
  Evanston, IL 60201

  Brian P. Kenney
  Brian P. McCafferty
  Eric L. Young
  Philip A. Downey
  Kenney Egan McCafferty & Young
  3031C Walton Road, Suite 202
  Plymouth Meeting, PA 19462

  Michael Hamilton
  Provost Umphrey Law Firm LLP
  Suite 380
  One Burton Hills Blvd
  Nashville, TN 37215

            Shannon E. McClure, Esq.
            Reed Smith LLP
            2500 One Liberty Place
            1650 Market Street
            Philadelphia, PA 19103
            (215) 851-8100
            (215) 851-1420 (fax)
            smcclure@reedsmith.com
            *Counsel for Farmland Foods, In*