AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Monday, 22 October, 2007  03:02:19 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Gregory Churchill, Robert DeLoach, Jonathan Richard, Sandra Crews, Jason Smith, Kim Linneman, Connie Hedges, Elizabeth Bavery, Charles Rowsey, Katie Babcock, Andrew Wren, Charles Furman, Yvonne Hammond, Tracy Cassiday, Christopher Cassiday, Kelly Mize, Kathy Hillier, Conchetta Butler, Danielle Florence, Stacy Burgess, Kevin Winking and Melissa Miller**

vs.                                                    Case Number:   **06-4023**

**Farmland Foods, Inc.,**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the proposed Class Settlement is approved based on findings that it is fair and made in good faith; the Court dismisses the claims of Plaintiff and the Class against Defendant and the Released Parties with prejudice and Class counsel are hereby awarded attorneys fees in the amount of $307,392.93.  Costs of suit are awarded to class counsel in the amount of $4,867.07.  The Court retains jurisdiction over the interpretation, enforcement and implementation of the Agreement. --------------------------

ENTER this 22nd day of October, 2007

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK