E-FILED
Friday, 21 December, 2007 12:56:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
DEC 21 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY CHURCHILL, et al. on behalf of themselves and all other similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC.,<br><br>Defendant. | Case No. 4:06-CV-4023<br><br>CLASS ACTION<br>Honorable Michael M. Mihm<br>U.S. District Judge |

## PROPOSED ORDER

AND NOW, this 21st day of December, 2007, upon consideration of the Joint Motion for Modification of the Method of Check Distribution to Employed Settlement Class Members, it is **ORDERED** that the motion is **GRANTED** and the method of check distribution to Employed Settlement Class Members is **MODIFIED** as follows:

Class Administrator BrownGreer PLC will distribute checks to Employed Settlement Class Members via United States first class mail. Checks will be mailed no later than January 4, 2008. In the event that any check is returned as undeliverable on or before February 4, 2008, BrownGreer and Farmland, in their sole discretion, will either (a) update the Class Member's address via the United States Postal Service or by use of the Lexis/Nexis address scrub program and re-mail the check to the updated address, or (b) distribute the check to the Class Member by hand

at the plant. For all checks returned as undeliverable after February 4, 2008, Farmland will attempt to distribute the check to the Class Member at the plant. If the Class Member is no longer employed by Farmland, BrownGreer and Farmland will attempt to update the Class Member's address via the United States Postal Service or by use of the Lexis/Nexis address scrub program and re-mail the check to the update address. In the event that the check cannot be distributed by hand at the plant because the Class Member is no longer employed by Farmland, and the Class Member's address cannot be updated by the United States Postal Service or through use of the Lexis/Nexis address scrub program, the check will not be re-mailed.

This method of check distribution applies to the initial distribution as set forth in paragraph 7 of the Amended Settlement Agreement, as well as the Second Distribution to Employed Settlement Class Members, as defined in Paragraph 5 of the Amended Settlement Agreement.

No other provision in the Amended Settlement Agreement is affected by this Court Order.

BY THE COURT
s/ Michael M. Mihm

Honorable Michael M. Mihm
United States District Judge